```
 1  Gary Klein
    Roddy Klein & Ryan
 2  727 Atlantic Ave., 2nd Fl.
    Boston, MA 02111
 3  Telephone: 617-357-5500 ext. 15
 4
```

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

```
    ANA RAMIREZ and ISMAEL RAMIREZ,
    On Behalf of Themselves and All Others
    Similarly Situated,
                                            CASE NO. C 08-00369 EDL
                Plaintiff(s),

         v.                                 APPLICATION FOR
                                            ADMISSION OF ATTORNEY
    GREENPOINT MORTGAGE FUNDING,            PRO HAC VICE

                Defendant(s).
    _____/
```

      Pursuant to Civil L.R. 11-3, Gary Klein, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on *a pro hac vice* basis representing Ana and Ismael Ramirez in the above-entitled action.

      In support of this application, I certify on oath that:

1.    I am an active member in good standing of the United States District Court, District of Massachusetts and the United States Supreme Court;

2.    I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute resolution programs of this Court; and,

3. An attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name address and telephone number of the attorney is:

> Mark A. Chavez
> Chavez & Gertler, L.L.P.
> 42 Miller Avenue
> Mill Valley, CA 94941
> 415-381-5599

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2008

Gary Klein