UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL RAMIREZ,
On Behalf of Themselves and All Others
Similarly Situated,

                                      **CASE NO. C 08-00369 EDL**

        Plaintiff(s),

        v.

GREENPOINT MORTGAGE FUNDING,

        Defendant(s).

_____/

**CERTIFICATE OF SERVICE**

I, Gary Klein, hereby certify that on this 25th day of January, 2008, I served the Applications For Admission Of Attorney Gary Klein, with the proposed order, by electronic mail to the following attorneys of record:

        **Mark Andrew Chavez**
        Email: mark@chavezgertler.com
        **Dan Leo Gildor**
        Email: dgildor@chavezgertler.com
        **Nance Felice Becker**
        Email: nance@chavezgertler.com
        Chavez & Gertler, L.L.P.
        42 Miller Avenue
        Mill Valley, CA 94941

        **Charles Delbaum**
        Email: cdelbaum@nclc.org
        **Stuart T. Rossman**
        Email: srossman@nclc.org

National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141

**Marvin A. Miller**
Email: mmiller@millerlawllc.com
**Lori A. Fanning**
Email: lfanning@millerlawllc.com
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Thomas M. Sobol**
Email: tom@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Dated: January 25, 2008

_____
Gary Klein