UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL RAMIREZ,
On Behalf of Themselves and All Others
Similarly Situated,

CASE NO. C 08-00369 EDL

Plaintiff(s),

v.

(Proposed)
ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE

GREENPOINT MORTGAGE FUNDING,

Defendant(s).
_____/

Gary Klein, an active member in good standing of the bar of Massachusetts and admitted to the U.S. District Court for the District of Massachusetts, whose business address and telephone number is:

> Gary Klein
> Roddy Klein & Ryan
> 727 Atlantic Avenue, 2nd Fl.
> Boston, MA 02111
> 617-357-5500 ext. 15

having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis representing Ana and Ismael Ramirez.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Jan 30, 2008

Hon. Elizabeth D. LaPorte

1