RAOUL D. KENNEDY (Bar No. 40892)
JOREN S. BASS (Bar No. 208143)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com, jbass@skadden.com

Of Counsel:
ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 08-CV-00369-EDL<br><br>CLASS ACTION<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 14, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                 By: _____/s/ Raoul D. Kennedy_____
                                         RAOUL D. KENNEDY
                                       Attorneys for Defendant
                                 GREENPOINT MORTGAGE FUNDING, INC.