1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email: rkennedy@skadden.com, jbass@skadden.com
5
   Of Counsel:
6  ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
   ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
7  CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  1440 New York Avenue, N.W.
   Washington, D.C.  20005
9  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
10 Email:  asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14              **SAN FRANCISCO DIVISION**

15 ANA RAMIREZ and ISMAEL RAMIREZ, on  ) CASE NO. 08-CV-00369-TEH
   behalf of themselves and all others similarly situated, )
16                                          ) CLASS ACTION
                Plaintiffs,                 )
17                                          ) **JOINT STIPULATION AND**
        v.                                  ) **[PROPOSED] ORDER TO**
18                                          ) **CONTINUE TIME FOR**
   GREENPOINT MORTGAGE FUNDING, INC.,       ) **DEFENDANT GREENPOINT**
19                                          ) **MORTGAGE FUNDING, INC. TO**
                Defendant.                  ) **RESPOND TO COMPLAINT**
20                                          )

21

22      WHEREAS, on January 18, 2008, Plaintiffs Ana and Ismael Ramirez filed their Complaint

23 For: 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691[¶] 2. Violation of the Fair

24 Housing Act; 42 U.S.C. § 2601 [¶] 3. Violation of the Civil Rights Act, 42 U.S.C. 1981; and [¶] 4.

25 Violation of the Civil Rights Act, 42 U.S.C. § 1982, (the "Complaint");

26

27

28

---

JOINT STIP. / [PROPOSED] ORDER RE TIME FOR DEF. TO RESPOND TO COMPLAINT       CASE NO. 08-CV-00369-EDL

WHEREAS, the parties have met and conferred and are in agreement that there is good cause to extend the time of defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint") to answer or otherwise respond to the Complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that defendant Greenpoint shall have through and including March 20, 2008, in which to file and serve its answer or other response to the Complaint.

DATED: February 20, 2008          CHAVEZ & GERTLER, L.L.P.

                                  By:  /s/ Mark A. Chavez
                                       Mark A. Chavez
                                       Attorneys for Plaintiffs
                                       ANA RAMIREZ and ISMAEL RAMIREZ

DATED: February 20, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By:  /s/ Raoul D. Kennedy
                                       RAOUL D. KENNEDY
                                       Attorneys for Defendant
                                       GREENPOINT MORTGAGE FUNDING, INC.

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, defendant Greenpoint Mortgage Funding, Inc. shall have through and including March 20, 2008 in which to file and serve its answer or other response to the Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2008    _____
                                The Honorable Thelton E. Henderson
                                United States District Court Judge

-3-

**SIGNATURE ATTESTATION**

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Mark A. Chavez has concurred in this filing.

DATED: February 20, 2008         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                 By:    /s/ Raoul D. Kennedy
                                         RAOUL D. KENNEDY
                                        Attorneys for Defendant
                                 GREENPOINT MORTGAGE FUNDING, INC.

-3-
JOINT STIP. / [PROPOSED] ORDER RE TIME FOR DEF. TO RESPOND TO COMPLAINT    CASE NO. 08-CV-00369-EDL
204196-San Francisco Server 1A - MSW