1 | CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
2 | Nance F. Becker (CA SBN 99292)
Dan Gildor (CA SBN 223027)
3 | 42 Miller Avenue
Mill Valley, California 94941
4 | Tel:     (415) 381-5599
Fax:     (415) 381-5572
5 | E-mail:  mark@chavezgertler.com
         nance@chavezgertler.com
6        dgildor@chavezgertler.com

7 | RODDY KLEIN & RYAN
Gary Klein (To be admitted Pro Hac Vice)
8 | Shennan Kavanagh (To be admitted Pro Hac Vice)
727 Atlantic Avenue
9 | Boston, MA  02111-2810
Tel:     (617) 357-5500, ext. 15
10 | Fax:     (617) 357-5030

11 | [*Additional counsel listed on signature page*]

12 | Attorneys for Plaintiffs
and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>     vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>         Defendant. | No.  C 08-00369 TEH_<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER INITIATING DOCUMENTS** |

PROOF OF SERVICE                                          Case No. C08-00369 TEH

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| NANCE F. BECKER, ESQ. (99292)<br>CHAVEZ & GERTLER<br>42 Miller Avenue<br>Mill Valley, California 94941 | (415) 381-5599 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2490587 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ANA RAMIREZ

Defendant:
GREENPOINT MORTGAGE FUNDING, INC.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C 08-0369 EDL |
|---|---|---|---|---|

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION; LAPORTE STANDING ORDER; ORDER SETTING CMC ADR DEADLINES;

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : GREENPOINT MORTGAGE FUNDING, INC.

By Serving : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process

Address : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California 95833

Date & Time : Wednesday, January 23, 2008 @ 12:15 p.m.

Witness fees were : Not applicable.

Person serving:
Jeff King
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 2004-55
  (3) County: Sacramento
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 23, 2008

Signature: _Jeff King_

Printed on recycled paper