RAOUL D. KENNEDY (Bar No. 40892)
JOREN S. BASS (Bar No. 208143)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: rkennedy@skadden.com, jbass@skadden.com

<u>Of Counsel</u>:
ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated, ) ) | CASE NO. 08-CV-00369-TEH |
| Plaintiffs, ) ) | <u>CLASS ACTION</u> |
| v. ) ) | **PROOF OF SERVICE** |
| GREENPOINT MORTGAGE FUNDING, INC., ) ) | |
| Defendant. ) ) | |

# PROOF OF SERVICE

I, the undersigned, declare that: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the instant case. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **February 20, 2008**, I served the following document described as:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO COMPLAINT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at San Francisco, California and placed for collection and mailing following ordinary business practices.

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the document(s) was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the transmission report was properly issued by the transmitting facsimile machine.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 20, 2008**, at San Francisco, California.

| **Pat Owens** | /s/ Pat Owens |
|---|---|
| Type or Print Name | Signature |

-1-

PROOF OF SERVICE     CASE NO. 08-CV-00369-TEH

-2-

RAMIREZ, et al. v. GREENPONT MORTGAGE FUNDING, INC.
U.S. District Court, California Northern District; Case No. 08-CV-00369-TEH

**SERVICE LIST**

Charles Delbaum
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext 12
Facsimile: (617) 357-5030

Marvin A. Miller
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

Stuart T. Rossman
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile: (617) 542-8028

## SIGNATURE ATTESTATION

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this PROOF OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that Pat Owens has concurred in this filing.

DATED: February 21, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Raoul D. Kennedy
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

-3-