1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email:  rkennedy@skadden.com, jbass@skadden.com
5
   Of Counsel:
6  ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
   ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
7  CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  1440 New York Avenue, N.W.
   Washington, D.C.  20005
9  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
10 Email:  asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 08-CV-00369-TEH<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO COMPLAINT** |

    WHEREAS, on January 18, 2008, Plaintiffs Ana and Ismael Ramirez filed their Complaint For: 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691[¶] 2. Violation of the Fair Housing Act; 42 U.S.C. § 2601 [¶] 3. Violation of the Civil Rights Act, 42 U.S.C. 1981; and [¶] 4. Violation of the Civil Rights Act, 42 U.S.C. § 1982, (the "Complaint");

---
JOINT STIP. / [PROPOSED] ORDER RE TIME FOR DEF. TO RESPOND TO COMPLAINT        CASE NO. 08-CV-00369-EDL

WHEREAS, the parties have met and conferred and are in agreement that there is good cause to extend the time of defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint") to answer or otherwise respond to the Complaint;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that defendant Greenpoint shall have through and including March 20, 2008, in which to file and serve its answer or other response to the Complaint.

DATED: February 20, 2008          CHAVEZ & GERTLER, L.L.P.

By: ___/s/ Mark A. Chavez___
Mark A. Chavez
Attorneys for Plaintiffs
ANA RAMIREZ and ISMAEL RAMIREZ

DATED: February 20, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ___/s/ Raoul D. Kennedy___
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, defendant Greenpoint Mortgage Funding, Inc. shall have through and including March 20, 2008 in which to file and serve its answer or other response to the Complaint.

**IT IS SO ORDERED.**

DATED: __02/25__, 2008          _____
The Honorable
United States [signature: Thelton E. Henderson]

Judge Thelton E. Henderson