Clerk's Use Only

Initial for fee pd.:



1    ANAND S. RAMAN
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2    1440 New York Avenue, N.W.
     Washington, D.C. 20005-2111
3    Telephone:  (202) 371-7000
     Facsimile:    (202) 393-5760
4

5                              UNITED STATES DISTRICT COURT

6                             NORTHERN DISTRICT OF CALIFORNIA

7

8    ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of          **CASE NO. 08-CV-00369-TEH**
     themselves and all other similarly situated,
9
                                    Plaintiff(s),          **APPLICATION FOR**
10                                                          **ADMISSION OF ATTORNEY**
                      v.                                    ***PRO HAC VICE***
11
     GREENPOINT MORTGAGE FUNDING, INC.,
12
                                    Defendant(s).
13   _____/

14         Pursuant to Civil L.R. 11-3, Anand S. Raman, an active member in good standing of the District of

15   Columbia Bar, hereby applies for admission to practice in the U.S. District Court for the Northern District

16   of California on a *pro hac vice* basis representing Greenpoint Mortgage Funding, Inc. in the above-entitled

17   action.

18         In support of this application, I certify on oath that:

19         1.    I am an active member in good standing of the U.S. Supreme Court, the U.S. Court of

20               Appeals for the Fifth and Ninth Circuits, the U.S. District Court for the District of

21               Columbia, and the Court of Appeals for the District of Columbia;

22         2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

23               to comply with General Order No. 45, Electronic Case Filing, and to become familiar with

24               the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

25         3.    An attorney who is a member of the bar of this Court in good standing and who maintains

26               an office within the State of California has been designated as co-counsel in the

27               above-entitled action. The name, address and telephone number of that attorney is:

28

     ORIGINAL

1                             Raoul D. Kennedy
                             Skadden, Arps, Slate, Meagher & Flom LLP

2                             Four Embarcadero Center, Suite 3800

3                             San Francisco, California 94111-4144
                             Telephone: (415) 984-6400

4

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7   Dated:   **Mar. 4, 2008**                        Anand Chan

                                                    Anand S. Raman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28