Clerk's Use Only

Initial for fee pd.:

1  ANDREW L. SANDLER
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  1440 New York Avenue, N.W.
   Washington, D.C. 20005-2111
3  Telephone:  (202) 371-7000
   Facsimile:  (202) 393-5760
4



5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8  ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of       CASE NO. 08-CV-00369-TEH
   themselves and all other similarly situated,
9
                          Plaintiff(s),              APPLICATION FOR
10                                                   ADMISSION OF ATTORNEY
              v.                                     *PRO HAC VICE*
11
   GREENPOINT MORTGAGE FUNDING, INC.,
12
                          Defendant(s).
13                                                /

14       Pursuant to Civil L.R. 11-3, Andrew L. Sandler, an active member in good standing of the

15  Pennsylvania, Maryland and District of Columbia bars, hereby applies for admission to practice in the U.S.

16  District Court for the Northern District of California on a *pro hac vice* basis representing Greenpoint

17  Mortgage Funding, Inc. in the above-entitled action.

18       In support of this application, I certify on oath that:

19  1.   I am an active member in good standing of the U.S. Court of Appeals for the First,

20       Seventh, Eighth, Tenth and D.C. Circuits and the U.S. District Courts for the

21       Districts of Maryland, the District of Columbia, and Eastern Pennsylvania;

22  2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

23       to comply with General Order No. 45, Electronic Case Filing, and to become familiar with

24       the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

25  3.   An attorney who is a member of the bar of this Court in good standing and who maintains

26       an office within the State of California has been designated as co-counsel in the

27       above-entitled action. The name, address and telephone number of that attorney is:

28

ORIGINAL

```
 1                          Raoul D. Kennedy
                            Skadden, Arps, Slate, Meagher & Flom LLP
 2                          Four Embarcadero Center, Suite 3800
                            San Francisco, California 94111-4144
 3                          Telephone: (415) 984-6400
 4
 5      I declare under penalty of perjury that the foregoing is true and correct.
 6
 7  Dated:      3/4/08                           _____
                                                        Andrew L. Sandler
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```