

```
Clerk's Use Only
Initial for fee pd.:
_____
```

1  CAITLIN M. KASMAR
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  1440 New York Avenue, N.W.
   Washington, D.C. 20005-2111
3  Telephone: (202) 371-7000
   Facsimile: (202) 393-5760
4

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8  ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of        CASE NO. 08-CV-00369-TEH
   themselves and all other similarly situated,
9
                   Plaintiff(s),
10                                                     APPLICATION FOR
           v.                                          ADMISSION OF ATTORNEY
11                                                     *PRO HAC VICE*
   GREENPOINT MORTGAGE FUNDING, INC.,
12
                   Defendant(s).
13  _____/

14         Pursuant to Civil L.R. 11-3, Caitlin M. Kasmar, an active member in good standing of the Virginia

15  and District of Columbia bars, hereby applies for admission to practice in the U.S. District Court for the

16  Northern District of California on a *pro hac vice* basis representing Greenpoint Mortgage Funding, Inc. in

17  the above-entitled action.

18         In support of this application, I certify on oath that:

19     1.  I am an active member in good standing of the U.S. Court of Appeals for the Fourth Circuit

20         and the U.S. District Court for the Eastern District of Virginia;

21     2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

22         to comply with General Order No. 45, Electronic Case Filing, and to become familiar with

23         the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

24     3.  An attorney who is a member of the bar of this Court in good standing and who maintains

25         an office within the State of California has been designated as co-counsel in the

26         above-entitled action. The name, address and telephone number of that attorney is:

27

28

ORIGINAL

|   |   |
|---|---|
| 1 | Raoul D. Kennedy |
| 2 | Skadden, Arps, Slate, Meagher & Flom LLP |
| 3 | Four Embarcadero Center, Suite 3800 |
|   | San Francisco, California 94111-4144 |
| 4 | Telephone: (415) 984-6400 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2008

_____
Caitlin M. Kasmar