1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email: rkennedy@skadden.com, jbass@skadden.com
5
   Of Counsel:
6  ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
   ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
7  CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  1440 New York Avenue, N.W.
   Washington, D.C. 20005
9  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
10 Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15 ANA RAMIREZ and ISMAEL RAMIREZ, on        ) CASE NO. 08-CV-00369-TEH
   behalf of themselves and all others similarly situated, )
16                                            ) CLASS ACTION
                           Plaintiffs,        )
17                                            ) **PROOF OF SERVICE**
                  v.                          )
18                                            )
   GREENPOINT MORTGAGE FUNDING, INC.,         )
19                                            )
                           Defendant.         )
20 _____)

**FILED**
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

PROOF OF SERVICE                                    CASE NO. 08-CV-00369-TEH

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I, the undersigned, declare that: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the instant case. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111. |
| 4 | |
| 5 | On **March 6, 2008**, I served the following documents described as: |
| 6 | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Caitlin M. Kasmar]** |
| 7 | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Caitlin M. Kasmar]** |
| 8 | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Anand S. Raman]** |
| 9 | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Anand S. Raman]** |
| 10 | |
| 11 | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Andrew L. Sandler]** |
| 12 | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* [Andrew L. Sandler]** |
| 13 | |
| 14 | on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: |
| 15 | **SEE ATTACHED SERVICE LIST** |
| 16 | ☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at San Francisco, California and placed for collection and mailing following ordinary business practices. |
| 20 | ☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices. |
| 24 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 25 | Executed on **March 6, 2008**, at San Francisco, California. |

**Mary Ann Rubalcaba**
Type or Print Name            *[signature]* Signature

-2-

PROOF OF SERVICE                                    CASE NO. 08-CV-00369-TEH

|   |   |
|---|---|
| 1 | RAMIREZ, et al. v. GREENPONT MORTGAGE FUNDING, INC. |
|   | U.S. District Court, California Northern District; Case No. 08-CV-00369-TEH |
| 2 |   |
|   | **SERVICE LIST** |
| 3 |   |
| 4 | Mark Andrew Chavez |
|   | Nance Felice Becker |
| 5 | Dan Leo Gildor |
|   | CHAVEZ & GERTLER, L.L.P. |
| 6 | 42 Miller Avenue |
|   | Mill Valley, CA 94941 |
| 7 | Telephone: (415) 381-5599 |
|   | Facsimile: (415) 381-5572 |
| 8 | Email: mark@chavezgertler.com; |
|   | nance@chavezgertler.com; |
| 9 | dgildor@chavezgertler.com |
| 10 | Gary Edward Klein |
|   | Shennan Kavanagh |
| 11 | RODDY KLEIN & RYAN |
|   | 727 Atlantic Avenue |
| 12 | Boston, MA 02111-2810 |
|   | Telephone: (617) 357-5500 |
| 13 | Facsimile: (617) 357-5030 |
|   | Email: klein@roddykleinryan.com; |
| 14 | kavanagh@roddykleinryan.com |
| 15 | Thomas M. Sobol |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 16 | One Main Street, 4th Floor |
|   | Cambridge, MA 02142 |
| 17 | Telephone: (617) 475-1950 |
|   | Facsimile: (617) 482-3003 |
| 18 | Email: tom@hbsslaw.com |
| 19 | Charles Delbaum |
|   | Stuart T. Rossman |
| 20 | NATIONAL CONSUMER LAW CENTER |
|   | 77 Summer Street, 10th Floor |
| 21 | Boston, MA 02141 |
|   | Telephone: (617) 542-8010 |
| 22 | Facsimile: (617) 542-8028 |
| 23 | Marvin A. Miller |
|   | Lori A. Fanning |
| 24 | MILLER LAW LLC |
|   | 115 South LaSalle Street, Suite 2910 |
| 25 | Chicago, IL 60603 |
|   | Telephone: (312) 332-3400 |
| 26 | Facsimile: (312) 676-2676 |
| 27 |   |
| 28 |   |

-3-