UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant(s). | CASE NO. 08-CV-00369-TEH<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Anand S. Raman, an active member in good standing of the District of Columbia Bar and admitted to the U.S. Supreme Court, the U.S. Court of Appeals for the Fifth and Ninth Circuits, the U.S. District Court for the District of Columbia, and the Court of Appeals for the District of Columbia, whose business address and telephone number is:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 1440 New York Avenue, N.W.
> Washington, D.C. 20005-2111
> Telephone: (202) 371-7000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Greenpoint Mortgage Funding, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 03/11/08

_____
Thelton E. Henderson
United States District Judge