UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all other similarly situated,

    Plaintiff(s),

v.

GREENPOINT MORTGAGE FUNDING, INC.,

    Defendant(s).

CASE NO. 08-CV-00369-TEH

~~(Proposed)~~

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew L. Sandler, an active member in good standing of the Pennsylvania, Maryland and District of Columbia bars, and admitted to the U.S. Court of Appeals for the First, Seventh, Eighth, Tenth and D.C. Circuits and the U.S. District Courts for the Districts of Maryland, the District of Columbia, and Eastern Pennsylvania, whose business address and telephone number is:

    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Avenue, N.W.
    Washington, D.C. 20005-2111
    Telephone: (202) 371-7000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Greenpoint Mortgage Funding, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 03/11/08

Judge Thelton E. Henderson
United States District Judge

RECEIVED MAR - 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA