UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant(s). | CASE NO. 08-CV-00369-TEH<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Caitlin M. Kasmar, an active member in good standing of the Virginia and District of Columbia bars and admitted to the U.S. Court of Appeals for the Fourth Circuit and U.S. District Court for the Eastern District of Virginia, whose business address and telephone number is:

> Skadden, Arps, Slate, Meagher & Flom LLP
> 1440 New York Avenue, N.W.
> Washington, D.C. 20005-2111
> Telephone: 202-371-7000,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Greenpoint Mortgage Funding, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject tot the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contain in General Order No. 45, *Electronic Case Filing*.

Dated: 03/11/08

_____
Judge
Judge Thelton E. Henderson