BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
         wharrison@bffb.com

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor (CA SBN 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:  (415) 381-5599
Fax:  (415) 381-5572
E: mail: mark@chavezgertler.com
         nance@chavezgertler.com
         dgildor@chavezgertler.com

*Attorneys for Plaintiffs*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GREENPOINT MORTGAGE FUNDING, INC. <br><br> Defendant. | Case No. 08-cv-00369-TEH <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:  Honorable Thelton E. Henderson |

- 1 -

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Wendy J. Harrison hereby enters her appearance on behalf of plaintiffs Ana Ramirez and Ismael Ramirez, and all other similarly situated in *Ramirez v. Greenpoint Mortgage Fundings, Inc.*, No. 08-cv-00369-THE, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED this 26th day of March, 2008.

        BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

          /s Wendy J. Harrison
        Andrew S. Friedman (to be admitted pro hac vice)
        Wendy J. Harrison (CA SBN 151090)
        2901 North Central Avenue, Suite 1000
        Phoenix, Arizona 85012

        CHAVEZ & GERTLER, L.L.P.
        Mark A. Chavez (CA SBN 90858)
        Nance F. Becker (CA SBN 99292)
        Dan Gildor  (CA SBN 99292)
        42 Miller Avenue
        Mill Valley, California 94941

        RODDY KLEIN & RYAN
        Gary Klein (admitted pro hac vice)
        Shennan Kavanagh
        727 Atlantic Avenue
        Boston, MA 02111-2810

        MILLER LAW LLC
        Marvin A. Miller (to be admitted pro hac vice)
        Lori A. Fanning (to be admitted pro hac vice)
        115 South LaSalle Street, Suite 2910
        Chicago, IL 60603
        Tel:  (312) 332-3400

|   |   |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | Thomas M. Sobol (to be admitted pro hac vice)<br>One Main Street, 4th Floor |
| 3 | Boston, MA 02142<br>Tel:  (617) 475-1950 |
| 4 | Fax: (617) 482-3003 |
| 5 |  |
| 6 | NATIONAL CONUMER LAW CENTER<br>Stuart T. Rossman (to be admitted pro hac vice) |
| 7 | Charles Delbaum (to be admitted pro hac vice)<br>77 Summer Street, 10th Flr. |
| 8 | Boston, MA 02141<br>Tel: (617) 542-8010 |
| 9 | Fax:  (617) 545-8028 |
| 10 |  |
| 11 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 12 | John J. Stoia, Jr. (CA SBN 141757)<br>Theodore J. Pintar (CA SBN 131372) |
| 13 | Leslie E. Hurst (CA SBN 178432)<br>655 West Broadway |
| 14 | San Diego, CA 92101-3301 |
| 15 | Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

I, Wendy J. Harrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 26, 2008.

                            __/s Wendy J. Harrison
                            Wendy J. Harrison