| | |
|---|---|
| 1 | RAOUL D. KENNEDY (Bar No. 40892) |
| | JOREN S. BASS (Bar No. 208143) |
| 2 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | Four Embarcadero Center, Suite 3800 |
| 3 | San Francisco, California 94111-4144 |
| | Telephone: (415) 984-6400 |
| 4 | Facsimile:  (415) 984-2698 |
| | Email:  rkennedy@skadden.com, jbass@skadden.com |
| 5 | |
| | ANDREW L. SANDLER (Admitted *Pro Hac Vice*) |
| 6 | ANAND S. RAMAN (Admitted *Pro Hac Vice*) |
| | CAITLIN M. KASMAR (Admitted *Pro Hac Vice*) |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 1440 New York Avenue, N.W. |
| 8 | Washington, D.C.  20005 |
| | Telephone: (202) 371-7000 |
| 9 | Facsimile:  (202) 393-5760 |
| | Email:  asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com |
| 10 | |
| | Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated, | ) ) ) | CASE NO. 3:08-cv-00369-TEH |
| | ) | <u>CLASS ACTION</u> |
| Plaintiffs, | ) ) | **JOINT STIPULATION AND** |
| v. | ) ) | **[PROPOSED] ORDER TO CONTINUE TIME FOR** |
| GREENPOINT MORTGAGE FUNDING, INC., | ) ) | **DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO** |
| Defendant. | ) ) ) | **RESPOND TO FIRST AMENDED COMPLAINT** |

 WHEREAS, on January 18, 2008, Plaintiffs Ana and Ismael Ramirez filed their Complaint For: 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691[¶] 2. Violation of the Fair Housing Act; 42 U.S.C. § 2601 [¶] 3. Violation of the Civil Rights Act, 42 U.S.C. 1981; and [¶] 4. Violation of the Civil Rights Act, 42 U.S.C. § 1982, (the "Complaint");

 WHEREAS, on February 26, 2008, this Court entered a Joint Stipulation And Order To Continue Time For Defendant Greenpoint Mortgage Funding, Inc. To Respond To Complaint,

1  which allowed Defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint") through and
2  including March 20, 2008, in which to file and serve its answer or other response to the Complaint;
3         WHEREAS, on March 13, 2008, Plaintiffs Ana Ramirez, Ismael Ramirez and Jorge Salazar
4  (collectively, "Plaintiffs") filed their First Amended Complaint For: 1. Violation of the Equal
5  Credit Opportunity Act; 15 U.S.C. § 1691; and [¶] 2. Violation of the Fair Housing Act; 42 U.S.C.
6  § 3601, (the "FAC"); and
7         WHEREAS, the parties, through counsel, have met and conferred and are in agreement that
8  there is good cause to extend the time of Greenpoint to file a motion to dismiss the FAC pursuant
9  to Rule 12 of the Federal Rules of Civil Procedure and to answer the FAC;
10         IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,
11 subject to approval of the Court, that Greenpoint shall have through and including April 11, 2008
12 to file its Rule 12 motion; Plaintiffs' opposition memorandum will be due on or before April 25,
13 2008; and Greenpoint's reply memorandum will be due on or before May 2, 2008, with the motion
14 noticed for Monday, May 19, 2008 at 10:00 AM;
15         IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, subject
16 to approval of the Court, that any required response by Greenpoint to the FAC shall be made 10
17 court days after entry of an order deciding Greenpoint's Rule 12 motion.

DATED: March 28, 2008            CHAVEZ & GERTLER, LLP

                                 RODDY KLIEN & RYAN

                                 BONNETT FAIRBOURN FRIEDMAN & BALINT LLP

                                 COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                                 MILLER LAW LLC

                                 HAGENS BERMAN SOBOL SHAPIRO LLP

                                 NATIONAL CONSUMER LAW CENTER


                                 By:  _____/s/ Mark A. Chavez_____
                                            Mark A. Chavez
                                         Attorneys for Plaintiffs
                                    ANA RAMIREZ and ISMAEL RAMIREZ

-2-

JOINT STIP. / [PROPOSED] ORDER RE TIME FOR DEF. TO RESPOND TO FAC           CASE NO. 3:08-cv-00369-TEH

-3-

DATED: March 28, 2008                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, defendant Greenpoint Mortgage Funding, Inc. shall have through and including April 11, 2008 to file its Rule 12 motion; Plaintiffs' opposition memorandum will be due on or before April 25, 2008; and Greenpoint's reply memorandum will be due on or before May 2, 2008, with the motion noticed for Monday, May 19, 2008 at 10:00 AM. Any required response by Greenpoint to the FAC shall be made 10 court days after entry of an order deciding Greenpoint's Rule 12 motion.

**IT IS SO ORDERED.**

DATED: _____, 2008        _____
The Honorable Thelton E. Henderson
United States District Court Judge

## SIGNATURE ATTESTATION

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Mark A. Chavez has concurred in this filing.

DATED: March 28, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                         By:   /s/ Raoul D. Kennedy
                                               RAOUL D. KENNEDY
                                               Attorneys for Defendant
                                               GREENPOINT MORTGAGE FUNDING, INC.

-4-

JOINT STIP. / [PROPOSED] ORDER RE TIME FOR DEF. TO RESPOND TO FAC          CASE NO. 3:08-cv-00369-TEH
205153.01-San Francisco Server 1A - MSW