1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email: rkennedy@skadden.com, jbass@skadden.com
5
   Of Counsel:
6  ANDREW L. SANDLER (To Be Admitted *Pro Hac Vice*)
   ANAND S. RAMAN (To Be Admitted *Pro Hac Vice*)
7  CAITLIN M. KASMAR (To Be Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  1440 New York Avenue, N.W.
   Washington, D.C.  20005
9  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
10 Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

12                **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated, ) | CASE NO. 08-CV-00369-TEH |
| ) | CLASS ACTION |
| Plaintiffs, ) | |
| ) | **PROOF OF SERVICE** |
| v. ) | |
| ) | |
| GREENPOINT MORTGAGE FUNDING, INC., ) | |
| ) | |
| Defendant. ) | |

PROOF OF SERVICE                                      CASE NO. 08-CV-00369-TEH

## PROOF OF SERVICE

I, the undersigned, declare that: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the instant case. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **March 28, 2008**, I served the following documents described as:

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at San Francisco, California and placed for collection and mailing following ordinary business practices.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 28, 2008**, at San Francisco, California.

| **Kenneth Hartley** | By: | /s/ Kenneth Hartley |
|---|---|---|
| Type or Print Name | | KENNETH HARTLEY |

<u>RAMIREZ, et al. v. GREENPONT MORTGAGE FUNDING, INC.</u>
U.S. District Court, California Northern District; Case No. 08-CV-00369-TEH

**SERVICE LIST**

Charles Delbaum
Stuart T. Rossman
NATIONAL CONSUMER LAW CENTER
77 Summer Street, 10th Floor
Boston, MA 02141
Telephone:  (617) 542-8010
Facsimile:  (617) 542-8028

Marvin A. Miller
Lori A. Fanning
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-3400
Facsimile:  (312) 676-2676

PROOF OF SERVICE                                          CASE NO. 08-CV-00369-TEH