RAOUL D. KENNEDY (Bar No. 40892)
JOREN S. BASS (Bar No. 208143)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com, jbass@skadden.com

ANDREW L. SANDLER (Admitted *Pro Hac Vice*)
ANAND S. RAMAN (Admitted *Pro Hac Vice*)
CAITLIN M. KASMAR (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 3:08-cv-00369-TEH<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, on January 18, 2008, Plaintiffs Ana and Ismael Ramirez filed their Complaint For: 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691[¶] 2. Violation of the Fair Housing Act; 42 U.S.C. § 2601 [¶] 3. Violation of the Civil Rights Act, 42 U.S.C. 1981; and [¶] 4. Violation of the Civil Rights Act, 42 U.S.C. § 1982, (the "Complaint");

WHEREAS, on February 26, 2008, this Court entered a Joint Stipulation And Order To Continue Time For Defendant Greenpoint Mortgage Funding, Inc. To Respond To Complaint,

which allowed Defendant Greenpoint Mortgage Funding, Inc. ("Greenpoint") through and including March 20, 2008, in which to file and serve its answer or other response to the Complaint;

WHEREAS, on March 13, 2008, Plaintiffs Ana Ramirez, Ismael Ramirez and Jorge Salazar (collectively, "Plaintiffs") filed their First Amended Complaint For: 1. Violation of the Equal Credit Opportunity Act; 15 U.S.C. § 1691; and [¶] 2. Violation of the Fair Housing Act; 42 U.S.C. § 3601, (the "FAC"); and

WHEREAS, the parties, through counsel, have met and conferred and are in agreement that there is good cause to extend the time of Greenpoint to file a motion to dismiss the FAC pursuant to Rule 12 of the Federal Rules of Civil Procedure and to answer the FAC;

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that Greenpoint shall have through and including April 11, 2008 to file its Rule 12 motion; Plaintiffs' opposition memorandum will be due on or before April 25, 2008; and Greenpoint's reply memorandum will be due on or before May 2, 2008, with the motion noticed for Monday, May 19, 2008 at 10:00 AM;

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that any required response by Greenpoint to the FAC shall be made 10 court days after entry of an order deciding Greenpoint's Rule 12 motion.

DATED: March 28, 2008            CHAVEZ & GERTLER, LLP

RODDY KLIEN & RYAN

BONNETT FAIRBOURN FRIEDMAN & BALINT LLP

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

MILLER LAW LLC

HAGENS BERMAN SOBOL SHAPIRO LLP

NATIONAL CONSUMER LAW CENTER

By: _____/s/ Mark A. Chavez_____
Mark A. Chavez
Attorneys for Plaintiffs
ANA RAMIREZ and ISMAEL RAMIREZ

-2-

DATED: March 28, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

### [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, defendant Greenpoint Mortgage Funding, Inc. shall have through and including April 11, 2008 to file its Rule 12 motion; Plaintiffs' opposition memorandum will be due on or before April 25, 2008; and Greenpoint's reply memorandum will be due on or before May 2, 2008, with the motion noticed for Monday, May 19, 2008 at 10:00 AM. Any required response by Greenpoint to the FAC shall be made 10 court days after entry of an order deciding Greenpoint's Rule 12 motion.

**IT IS SO ORDERED.**

DATED: _____03/31_____, 2008        _____
The Honorable Thelton E. Henderson
United States District Court Judge

**SIGNATURE ATTESTATION**

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO RESPOND TO FIRST AMENDED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Mark A. Chavez has concurred in this filing.

DATED: March 28, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.