Clerk's Use Only

Initial for fee pd.:

Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012



*FILED*

MAR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL
RAMIREZ, on behalf of themselves and all
others similarly situated,

Plaintiff(s),

v.

GREENPOINT MORTGAGE FUNDING,
INC.

Defendant(s).        /

**CASE NO.**  08-cv-00369-TEH

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Andrew S. Friedman                , an active member in

good standing of the bar of  United States District Court District of Arizona    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Plaintiffs                        in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action. The name, address and telephone number of

that attorney is:

Mark A. Chavez, Chavez & Gertler, LLP, 42 Miller Avenue, Mill Valley,
California 94941

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 26, 2008

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017540
Cashier ID: almaceh
Transaction Date: 03/28/2008
Payer Name: BONNETT FAIRBOURN FRIEDMAN
----------------------------------
PRO HAC VICE
 For: A S FRIEDMAN
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
----------------------------------
CHECK
 Check/Money Order Num: 14415
 Amt Tendered: $210.00
----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-0369 TEH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.