UNITED STATES DISTRICT COURT

Northern District of California

ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,

        Plaintiff(s),

v.

GREENPOINT MORTGAGE FUNDING, INC.

        Defendant(s).

CASE NO. 08-cv-00369-TEH

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew S. Friedman , an active member in good standing of the bar of State of Arizona whose business address and telephone number (particular court to which applicant is admitted) is Bonnett Fairbourn Friedman & Balint, PC, 2901 North Central Avenue, Suite 1000, Phoenix, Arizona 85012 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 04/02/08



Judge Thelton E. Henderson