1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email: rkennedy@skadden.com, jbass@skadden.com
5
   ANDREW L. SANDLER (Admitted *Pro Hac Vice*)
6  ANAND S. RAMAN (Admitted *Pro Hac Vice*)
   CAITLIN M. KASMAR (Admitted *Pro Hac Vice*)
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
8  Washington, D.C.  20005
   Telephone: (202) 371-7000
9  Facsimile:  (202) 393-5760
   Email:  asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com
10
11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 3:08-cv-00369-TEH<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE** |

WHEREAS, on February 20, 2008, this Court issued a Clerk's Notice Scheduling Case Management Conference on Reassignment, which scheduling the initial case management conference (the "CMC") in this action for May 5, 2008, at 1:30 PM, in Courtroom 12, on the 19th Floor of the United States District Courthouse at 450 Golden Gate Avenue, San Francisco, CA 94102 and ordered the parties to submit a joint case management conference statement not less than 7 days prior to the CMC;

---

JOINT STIP. / [PROPOSED] ORDER TO RESCHEDULE INITIAL CMC                       CASE NO. 3:08-cv-00369-TEH

1  WHEREAS, on April 11, 2008, Defendant Greenpoint Mortgage Funding, Inc.
2  ("Greenpoint") filed its Motion To Dismiss Plaintiffs' First Amended Complaint (the "Motion"),
3  which it noticed for hearing on May 19, 2008, at 10:00 AM; and

4  WHEREAS, the parties, through counsel, agree that it would save the parties' and judicial
5  resources for this Court to hear the Motion and the CMC at the same time;

6  IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,
7  subject to approval of the Court, that the CMC shall be rescheduled from May 5, 2008, at 1:30 PM
8  to May 19, 2008, at 10:00 AM, or as soon thereafter as the Motion and CMC may be heard, and
9  that the parties shall submit a joint case management conference statement not less than seven days
10 prior to the date of the CMC.

DATED: April 11, 2008

CHAVEZ & GERTLER, LLP

RODDY KLIEN & RYAN

BONNETT FAIRBOURN FRIEDMAN & BALINT LLP

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

MILLER LAW LLC

HAGENS BERMAN SOBOL SHAPIRO LLP

NATIONAL CONSUMER LAW CENTER

By:   /s/ Mark A. Chavez
           Mark A. Chavez

Attorneys for Plaintiffs
ANA RAMIREZ and ISMAEL RAMIREZ

DATED: April 11, 2008          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Raoul D. Kennedy
           RAOUL D. KENNEDY

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, the CMC in this action is hereby rescheduled from May 5, 2008, at 1:30 PM to May 19, 2008, at 10:00 AM, or as soon thereafter as the Motion and CMC may be heard, and that that parties shall submit a joint case management conference statement not less than seven days prior to the date of the CMC.

**IT IS SO ORDERED.**

DATED: _____, 2008     _____
The Honorable Thelton E. Henderson
United States District Court Judge

**SIGNATURE ATTESTATION**

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Mark A. Chavez has concurred in this filing.

DATED:  April 11, 2008             SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By:    /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Attorneys for DEFENDANT
GREENPOINT MORTGAGE FUNDING, INC.

-4-

JOINT STIP. / [PROPOSED] ORDER TO RESCHEDULE INITIAL CMC          CASE NO. 3:08-cv-00369-TEH
205407-San Francisco Server 1A - MSW