RAOUL D. KENNEDY (Bar No. 40892)
JOREN S. BASS (Bar No. 208143)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile: (415) 984-2698
Email: rkennedy@skadden.com, jbass@skadden.com

ANDREW L. SANDLER (Admitted *Pro Hac Vice*)
ANAND S. RAMAN (Admitted *Pro Hac Vice*)
CAITLIN M. KASMAR (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 08-CV-00369-TEH<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE**<br><br>Date: May 19, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 12<br>Judge: Hon. Thelton E. Henderson |

**PROOF OF SERVICE**

I, the undersigned, declare that: I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the instant case.  My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **April 11, 2008**, I served the following documents described as:

1. **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

2. **[PROPOSED] ORDER GRANTING DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; and**

3. **PROOF OF SERVICE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at San Francisco, California and placed for collection and mailing following ordinary business practices.

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the document(s) was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the transmission report was properly issued by the transmitting facsimile machine.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 11, 2008**, at San Francisco, California.

| | |
|---|---|
| **Pat Owens** | /s/ Pat Owens |
| Type or Print Name | Signature |

-1-

RAMIREZ, et al. v. GREENPONT MORTGAGE FUNDING, INC.
U.S. District Court, California Northern District; Case No. 08-CV-00369-TEH

## SERVICE LIST

Charles Delbaum                         Attorneys for Plaintiffs
Stuart T. Rossman
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile:  (617) 542-8028

Marvin A. Miller                        Attorneys for Plaintiffs
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile:  (312) 676-2676

Shennan Kavanagh                        Attorneys for Plaintiffs
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: (617) 357-5500 ext 12
Facsimile:  (617) 357-5030

-2-

1

**SIGNATURE ATTESTATION**

2    I, Raoul Kennedy, am the ECF User whose ID and password are being used to file

3  this PROOF OF SERVICE.  In compliance with General Order 45, X.B., I hereby attest that Pat

4  Owens has concurred in this filing.

5

6  DATED: April 11, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

7

                                    By:  _____/s/ Raoul D. Kennedy_____
8                                            RAOUL D. KENNEDY
                                             Attorneys for Defendant
9                                    GREENPOINT MORTGAGE FUNDING, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-