UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR
        Plaintiff(s),

v.

GREENPOINT MORTGAGE FUNDING, INC.
        Defendant(s).

Case No. C 08-00369 TEH

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/28/08

ISMAEL RAMIREZ
JORGE SALAZAR
ANA RAMIREZ   /S/
[Party]

Dated: 4/28/08

NANCE BECKER   /s/
[Counsel]