UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, ISMAEL RAMIREZ
and JORGE SALAZAR,

          Plaintiff(s),

    v.

GREENPOINT MORTGAGE
FUNDING, INC.

          Defendant(s).
_____/

CASE NO. C 08-00369 TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  May 19, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mark A. Chavez | Plaintiffs | (415) 381-5599 | mark@chavezgertler.com |
| Andrew Friedman | Plaintiffs | (602) 274-1100 | afriedman@bffb.com |
| Joren Bass | Defendant | (415) 984-6400 | jbass@skadden.com |
| Anand S. Raman | Defendant | (202) 371-7000 | Anand.Raman@scadden.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 28, 2008                        Nance Becker  /s/
                                                         Attorney for Plaintiff

Dated: April 28, 2008                        Joren Bass  /s/
                                                         Attorney for Defendant

Rev 12.05