1  CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (CA SBN 90858)
2  Nance F. Becker (CA SBN 99292)
   Dan Gildor (CA SBN 223027)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Tel:     (415) 381-5599
   Fax:     (415) 381-5572
5  E-mail:  mark@chavezgertler.com
            nance@chavezgertler.com
6           dgildor@chavezgertler.com

7  RODDY KLEIN & RYAN
   Gary Klein (To be admitted Pro Hac Vice)
8  Shennan Kavanagh (To be admitted Pro Hac Vice)
   727 Atlantic Avenue
9  Boston, MA 02111-2810
   Tel:     (617) 357-5500, ext. 15
10 Fax:     (617) 357-5030

11 [*Additional counsel listed on signature page*]

12 Attorneys for Plaintiffs
13 and the Proposed Class

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17 ANA RAMIREZ and ISMAEL RAMIREZ, on )   No. C 08-00369 TEH_
   behalf of themselves and all others similarly )
18 situated,                                     )   **CLASS ACTION**
                                                 )
19                                               )   **PROOF OF SERVICE**
                  Plaintiffs,                    )
20                                               )
                                                 )
21         vs.                                   )
                                                 )
22                                               )
   GREENPOINT MORTGAGE FUNDING,                  )
23 INC.,                                         )
                                                 )
24                                               )
                  Defendant.                     )
25                                               )
                                                 )
26 _____           )

27

28

| PROOF OF SERVICE | Case No. C08-00369 TEH |

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On April 28, 2008, I served the foregoing documents:

- **JOINT RULE 26(f) REPORT AND CASE MANAGEMENT CONFERENCE STATEMENT**

- **ADR CERTIFICATION BY PARTIES AND COUNSEL**

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Charles Delbaum
Stuart T. Rossman
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141

Marvin A. Miller
Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111-2810

Anand S. Raman
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington DC 20005

[**X**]     **BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS**)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on April 28, 2008, at Mill Valley, California.

///

-1-

| PROOF OF SERVICE | Case No. C08-00369 TEH |
|---|---|

1      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

                                                           /s/

3                                                     Moya B. Mulreany

4  *Additional Counsel for Plaintiffs:*

5

6  MILLER LAW LLC  
Marvin A. Miller (To be admitted Pro Hac Vice)  
7  Lori A. Fanning (To be admitted Pro Hac Vice)  
8  115 South LaSalle Street, Suite 2910  
Chicago, IL 60603  
9  Tel:   (312) 332-3400

NATIONAL CONSUMER LAW CENTER  
Stuart T. Rossman (To be admitted Pro Hac Vice)  
Charles Delbaum (To be admitted Pro Hac Vice)  
77 Summer Street, 10th Flr.  
Boston, MA 02141  
Tel:   (617) 542-8010  
Fax:   (617) 542-8028

10

11  HAGENS BERMAN SOBOL SHAPIRO LLP  
Thomas M. Sobol (To be admitted Pro Hac Vice)  
12  One Main Street, 4th Floor  
13  Boston, MA 02142  
Tel:   (617) 475-1950  
14  Fax:   (617) 482-3003

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PROOF OF SERVICE                                           Case No. C08-00369 TEH