UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                         Plaintiff(s),          Case No.

                                                        ADR CERTIFICATION BY PARTIES
                                                        AND COUNSEL

       v.

                       Defendant(s).

_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                                                              _____
                                                                                                 [Party]


Dated: _____                                                                            _____
                                                                                                 [Counsel]


> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

1  RAOUL D. KENNEDY (Bar No. 40892)
   JOREN S. BASS (Bar No. 208143)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, California 94111-4144
   Telephone: (415) 984-6400
4  Facsimile:  (415) 984-2698
   Email:  rkennedy@skadden.com, jbass@skadden.com
5

6  ANDREW L. SANDLER (Admitted *Pro Hac Vice*)
   ANAND S. RAMAN (Admitted *Pro Hac Vice*)
7  CAITLIN M. KASMAR (Admitted *Pro Hac Vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
8  1440 New York Avenue, N.W.
   Washington, D.C.  20005
9  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
10 Email:  asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

11 Attorneys for DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF CALIFORNIA**

14                         **SAN FRANCISCO DIVISION**

15 ANA RAMIREZ, ISMAEL RAMIREZ and JORGE ) CASE NO. 08-CV-00369-TEH
   SALAZAR, on behalf of themselves and all others )
16 similarly situated,                              ) <u>CLASS ACTION</u>
                                                    )
17                Plaintiffs,                       ) **PROOF OF SERVICE**
                                                    )
18         v.                                       )
                                                    )
19 GREENPOINT MORTGAGE FUNDING, INC.,               )
                                                    )
20                Defendant.                        )
                                                    )
21

---

**PROOF OF SERVICE**                                    **CASE NO. 08-CV-00369-TEH**

**PROOF OF SERVICE**

I, the undersigned, declare that: I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the instant case. My business address is 4 Embarcadero Center, Suite 3800, San Francisco, California 94111.

On **May 14, 2008**, I served the following document described as:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY U.S. MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at San Francisco, California and placed for collection and mailing following ordinary business practices.

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the document(s) was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the transmission report was properly issued by the transmitting facsimile machine.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at San Francisco, California and placed for collection and delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **May 14, 2008**, at San Francisco, California.

| **Pat Owens** | /s/ Pat Owens |
|---|---|
| Type or Print Name | Signature |

-2-

RAMIREZ, et al. v. GREENPONT MORTGAGE FUNDING, INC.
U.S. District Court, California Northern District; Case No. 08-CV-00369-TEH

**SERVICE LIST**

| | |
|---|---|
| Charles Delbaum<br>Stuart T. Rossman<br>National Consumer Law Center<br>77 Summer Street, 10th Floor<br>Boston, MA 02141<br>Telephone: (617) 542-8010<br>Facsimile:  (617) 542-8028 | Attorneys for Plaintiffs |
| Marvin A. Miller<br>Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Telephone: (312) 332-3400<br>Facsimile:  (312) 676-2676 | Attorneys for Plaintiffs |
| Shennan Kavanagh<br>Roddy Klein & Ryan<br>727 Atlantic Avenue<br>Boston, MA 02111-2810<br>Telephone: (617) 357-5500 ext 12<br>Facsimile:  (617) 357-5030 | Attorneys for Plaintiffs |

-3-

**SIGNATURE ATTESTATION**

I, Raoul Kennedy, am the ECF User whose ID and password are being used to file this PROOF OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that Pat Owens has concurred in this filing.

DATED: May 14, 2008                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY
Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

PROOF OF SERVICE                                CASE NO. 08-CV-00369-TEH