BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (*pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
          wharrison@bffb.com

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor (CA SBN 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:  (415) 381-5599
Fax:  (415) 381-5572
E: mail: mark@chavezgertler.com
          nance@chavezgertler.com
          dgildor@chavezgertler.com

*Attorneys for Plaintiffs*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.<br><br>Defendant. | Case No. 08-cv-00369-TEH<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:  Honorable Thelton E. Henderson |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Andrew S. Friedman hereby enters his appearance on behalf of plaintiffs Ana Ramirez and Ismael Ramirez, and all other similarly situated in *Ramirez v. Greenpoint Mortgage Fundings, Inc.*, No. 08-cv-00369-THE, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED this 14th day of May, 2008.

        BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

        /s Andrew S. Friedman
Andrew S. Friedman (admitted pro hac vice)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor  (CA SBN 99292)
42 Miller Avenue
Mill Valley, California 94941

RODDY KLEIN & RYAN
Gary Klein (admitted pro hac vice)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810

MILLER LAW LLC
Marvin A. Miller (to be admitted pro hac vice)
Lori A. Fanning (to be admitted pro hac vice)
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Tel:  (312) 332-3400

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol (to be admitted pro hac vice)
One Main Street, 4th Floor
Boston, MA 02142
Tel: (617) 475-1950
Fax: (617) 482-3003

NATIONAL CONUMER LAW CENTER
Stuart T. Rossman (to be admitted pro hac vice)
Charles Delbaum (to be admitted pro hac vice)
77 Summer Street, 10th Flr.
Boston, MA 02141
Tel: (617) 542-8010
Fax: (617) 545-8028

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I, Andrew S. Friedman, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 14, 2008.

      __/s Andrew S. Friedman
      Andrew S. Friedman