UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: May 19, 2008

**Case No:** C 08-00369 TEH

**Case Title**: ANA RAMIREZ, et al. v. GREENPOINT MORTGAGE FUNDING INC.

**Appearances:**

    For Plaintiff(s): Andrew Friedman, Mark Chavez

    For Defendant(s): Raoul Kennedy, Anand Raman, Caitlin Kasmar

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                (X) Continued to: **Monday, 08/25/08 at 1:30 PM for Further CMC**

## SUMMARY

- Proposed Pretrial Order No. 1 signed in court.
- Parties to limit discovery to class certification.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.