BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
          wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone:  617-357-5500, ext. 15
Facsimile:  617-357-5030
E-mail:  klein@roddykleinryan.com
          kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated, | Case No. 08-cv-00369-TEH <br><br> CLASS ACTION |
| Plaintiffs, | CERTIFICATION TO THE COURT REGARDING DOCUMENT PRESERVATION |
| vs. | |
| GREENPOINT MORTGAGE FUNDING, INC. | Judge:  Honorable Thelton E. Henderson |
| Defendant. | |

Pursuant to Pre-Trial Order No. 1, Paragraph IV(E) Co-Lead Interim Class Counsel certifies to the Court that the directive contained in Paragraph IV(D) has been carried out.  Plaintiffs in this action do not have any business practices that involve

1 routine destruction, recycling, relocation or mutation of any documents, data and tangible
2 things reasonably anticipated to be subject to discovery in this action.  Counsel has
3 conferred with plaintiffs and directed them to maintain any relevant documents.

DATED this 29th day of May, 2008.

BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.


 /s Wendy J. Harrison
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone:  602-274-1100
Facsimile:  602-274-1199

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone:  617-357-5500, ext. 15
Facsimile:  617-357-5030

*Co-Lead Interim Class Counsel*

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor  (CA SBN 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  415-381-5599
Facsimile:  415-381-5572

*Liaison Interim Class Counsel*

2

| | |
|---|---|
| 1 | MILLER LAW LLC |
| 2 | Marvin A. Miller (to be admitted *pro hac vice*) |
|   | Lori A. Fanning (to be admitted *pro hac vice*) |
| 3 | 115 South LaSalle Street, Suite 2910 |
|   | Chicago, IL 60603 |
| 4 | Telephone: (312) 332-3400 |

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol (to be admitted *pro hac vice*)
One Main Street, 4th Floor
Boston, MA 02142
Telephone: (617) 475-1950
Facsimile: (617) 482-3003

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman (to be admitted *pro hac vice*)
Charles Delbaum (to be admitted *pro hac vice*)
77 Summer Street, 10th Flr.
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile: (617) 545-8028

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301
Telephone: 619-231-1058
Facsimile: 619-231-7423

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Wendy J. Harrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 29, 2008.

    /s Wendy J. Harrison
Wendy J. Harrison