IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, et al.,

              Plaintiffs,

    v.

GREENPOINT MORTGAGE FUNDING, INC.,

              Defendant.

NO. C08-0369 TEH

ORDER RE: STATEMENTS REGARDING PRESERVATION OF EVIDENCE

        On May 19, 2008, this Court signed Pretrial Order No. 1 proposed by Plaintiffs. Among other provisions, that order directed the parties to file statements regarding the preservation of evidence under seal. Pretrial Order No. 1 at 5. On May 29, 2008, both parties filed the required statements, but only Defendant followed the order to file the statement under seal. Plaintiffs, despite submitting the proposed order to file such statements under seal, filed their statement in the public docket.

        Upon consideration, the Court does not find good cause to file these statements under seal because they do not contain information that "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a) (governing filing under seal). Accordingly, the Court deletes that requirement from Pretrial Order No. 1 and directs Defendant to electronically file its statement regarding preservation of evidence in the public docket no later than three days from the date of this order.

**IT IS SO ORDERED.**

Dated: 06/02/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT