1  Lori A. Fanning
2  Miller Law LLC
   115 S. LaSalle Street
3  Suite 2910
   Chicago, IL 60603
4  (312) 332-3400



6           UNITED STATES DISTRICT COURT

7           NORTHERN DISTRICT OF CALIFORNIA

9  ANA RAMIREZ and ISMAEL RAMIREZ )
   On Behalf of Themselves and All Others )
10 Similarly Situated,                    )
                                          )           CASE NO. C 08-00369 EDL
11                                        )
              Plaintiffs,                 )
12                                        )
   v.                                     )           **APPLICATION FOR**
13                                        )           **ADMISSION OF ATTORNEY**
14 GREENPOINT MORTGAGE FUNDING,           )           ***PRO HAC VICE***
                                          )
15            Defendant.                  )

17    Pursuant to Civil L.R. 11-3, Lori A. Fanning, an active member in good standing of the

18 bar of Illinois, hereby applies for admission to practice in the Northern District of California on a

19 *pro hac vice* basis representing Ana and Ismael Ramirez in the above-entitled action.

20    In support of this application, I certify on oath that:

21    1.   I am an active member in good standing of the United States District Court for the

22 Northern District of Illinois and Illinois Supreme Court.

23    2.   I agree to abide by the Standard of Professional Conduct set forth in Civil Local

24 Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

25 with the local Rules and the Alternative Dispute resolution programs of this Court; and

26    3.   An attorney who is a member of the bar of this court in good standing and who

27 maintains an office within the state of California has been designated as co-counsel in the above-

28 entitled action. The name, address and telephone number of the attorney is:

1

1   Mark A. Chavez
2   Chavez & Gertler, L.L.P.
    42 Miller Avenue
3   Mill Valley, CA 94941
    415-381-5599
4

5   I declare under penalty of perjury that the foregoing is true and correct.

6   Dated: June 17, 2008

7                                   *[signature]*
8                                   Lori A. Fanning

2