UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ<br>On Behalf of Themselves and All Others<br>Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING,<br><br>　　　　　Defendant. | CASE NO. C 08-00369 EDL<br><br>(Proposed)<br>ORDER GRANTING<br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Lori A. Fanning, an active member in good standing of the bar of Illinois and admitted to the United States District Court for the Northern District of Illinois, whose business address and telephone number is:

> Lori A. Fanning
> Miller Law LLC
> 115 S. LaSalle Street, Suite 2910
> Chicago, IL 60603
> (312) 332-3400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ana and Ismael Ramirez.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

　　　　　　　　　　　　　　　　　　　Hon. Elizabeth D. LaPorte