UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL RAMIREZ )
On Behalf of Themselves and All Others )
Similarly Situated, )
                                )      CASE NO. C 08-00369 EDL
       Plaintiffs, )
                                )
v. )
                                )
GREENPOINT MORTGAGE FUNDING, )
                                )
       Defendant. )

## CERTIFICATE OF SERVICE

     I, Lori A. Fanning, hereby certify that on this 17th day of June, 2008, I served the Application for Admission of Attorney Lori A. Fanning, with the proposed order, by electronic mail to the following attorneys of record:

        **Andrew S. Friedman**
        afriedman@bffb.com
        **Wendy Jacobsen Harrison**
        wharrison@bffb.com
        Bonnett, Fairbourn, Friedman & Balint, P.C.
        2901 North Central Avenue
        Suite 1000
        Phoenix, AZ 85012

        **Mark Andrew Chavez**
        mark@chavezgertler.com
        **Dan Leo Gildor**
        dgildor@chavezgertler.com
        **Nance Felice Becker**
        nance@chavezgertler.com
        Chavez & Gertler, L.L.P.
        42 Miller Avenue
        Mill Valley, CA 94941

**Charles Delbaum**
cdelbaum@nclc.org
**Stuart T. Rossman**
srossman@nclc.org
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02141

**Gary Edward Klein**
Klein@roddykleinryan.com
Roddy Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111-2810

**Thomas M. Sobol**
tom@hbsslaw.com
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

**Raoul Dion Kennedy**
rkennedy@skadden.com
**Joren Surya Bass**
jbass@skadden.com
Skadden Arps Slate Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-4144

**Anand S Raman**
anand.raman@skadden.com
**Andrew L Sandler**
asandler@skadden.com
**Caitlin M Kasmar**
ckasmar@skadden.com
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005

_/s/ Lori A. Fanning_
Lori A. Fanning