UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ and ISMAEL RAMIREZ )
On Behalf of Themselves and All Others )
Similarly Situated, )
                                              )
                                              )   CASE NO. C 08-00369 EDL
             Plaintiffs,                )
                                              )   ~~(Proposed)~~
                                              )   ORDER GRANTING
v.                                             )   APPLICATION FOR
                                              )   ADMISSION OF ATTORNEY
GREENPOINT MORTGAGE FUNDING, )   *PRO HAC VICE*
                                              )
                                              )
             Defendant.           )

Lori A. Fanning, an active member in good standing of the bar of Illinois and admitted to the United States District Court for the Northern District of Illinois, whose business address and telephone number is:

    Lori A. Fanning
    Miller Law LLC
    115 S. LaSalle Street, Suite 2910
    Chicago, IL 60603
    (312) 332-3400

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Ana and Ismael Ramirez.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 07/02/08

                                                                                                _____
                                                                                                Judge Thelton E. Henderson