BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
　　　　wharrison@bffb.com

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor (CA SBN 223027)
Lisa Fialco (CA SBN 216682)
42 Miller Avenue
Mill Valley, California 94941
Tel: (415) 381-5599
Fax: (415) 381-5572
E: mail: mark@chavezgertler.com
　　　　 nance@chavezgertler.com
　　　　 dgildor@chavezgertler.com
　　　　 lisa@chavezgertler.com

*Attorneys for Plaintiffs*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ AND JORGE SALAZAR, on behalf of themselves and all others similarly situated,　　　　Plaintiffs,　　vs.　GREENPOINT MORTGAGE FUNDING, INC.　　　　Defendant. | Case No. 08-cv-00369-TEH<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE that Lisa Fialco hereby enters her appearance on behalf of plaintiffs Ana Ramirez, Ismael Ramirez, Jorge Salazar and all other similarly situated in Ramirez et al. v. Greenpoint Mortgage Funding Inc., No. 08-cv-00369-TEH, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated above.

DATED: July 23, 2008

Respectfully Submitted,

CHAVEZ & GERTLER LLP

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: _____/s/ Lisa Fialco_____
    Lisa Fialco

Attorneys for Plaintiffs ANA RAMIREZ, ISMAEL RAMIREZ AND JORGE SALAZAR, and all others similarly situated.

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617-357-5500, ext. 15
Facsimile: 617-357-5030

MILLER LAW LLC
Marvin A. Miller (to be admitted *pro hac vice*)
Lori A. Fanning (to be admitted *pro hac vice*)
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol (to be admitted *pro hac vice*)
One Main Street, 4th Floor
Boston, MA 02142
Telephone: (617) 475-1950
Facsimile: (617) 482-3003

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman (to be admitted *pro hac vice*)
Charles Delbaum (to be admitted *pro hac vice*)
77 Summer Street, 10th Flr.
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile: (617) 545-8028

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301
Telephone: 619-231-1058
Facsimile: 619-231-7423

Attorneys for Plaintiffs