RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: rkennedy@skadden.com

ANDREW L. SANDLER (admitted *pro hac vice*)
ANAND S. RAMAN (admitted *pro hac vice*)
CAITLIN M. KASMAR (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Counsel for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>　　　　　　　Defendant. | CASE NO.: 3:08-cv-00369-TEH<br><br>CLASS ACTION<br><br>**SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Civil Local Rule 16-10(d), plaintiffs Ana Ramirez, Ismael Ramirez and Jorge Salazar ("Plaintiffs"), along with defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") hereby submit the following Subsequent Joint Case Management Statement. This statement briefly supplements the Joint Rule 26(f) Report and Case Management Conference Statement filed on April 28, 2008.

## Discovery

To date, GreenPoint has produced approximately 31,000 pages of documents to Plaintiffs in initial disclosures and in response to requests for production. GreenPoint is continuing to produce documents in response to Plaintiffs' First Set of Requests for Production of Documents to the extent such documents are relevant to class certification issues.

Plaintiffs intend to produce documents referenced in their initial disclosures.

Plaintiffs have noticed three depositions pursuant to Federal Rule of Civil Procedure 30(b)(6). Two of these depositions will be held on September 10 and 11, 2008. The third deposition has been deferred by agreement of the parties. GreenPoint has not yet noticed any depositions.

GreenPoint has agreed voluntarily to produce electronic loan-level data to Plaintiffs and expects to complete this production by August 31, 2008. The parties have agreed to defer to a future date discussion of a comprehensive electronic discovery protocol.

## Anticipated Motions

Plaintiffs anticipate filing a motion for class certification and GreenPoint intends to oppose class certification. Plaintiffs' class certification motion presently is due on December 17, 2008. Plaintiffs will seasonably notify Defendants and the Court in the event they determine that any modification of the class certification schedule is necessary or appropriate.

## Alternative Dispute Resolution

The ADR teleconference in this case was held on May 16, 2008, with ADR Director Howard Herman. During the conference, the parties advised Mr. Herman that they had discussed the possibility of mediation and determined that a court-ordered mediation would be premature at this juncture. In particular, the parties were not in agreement as to whether the mediation would address only the individual Plaintiffs' claims or claims of the putative class, which has not yet been

1


certified. Mr. Herman agreed that it would not be fruitful to continue with court-ordered mediation at this stage, and he recommended that a further ADR teleconference be scheduled as soon as possible after the resolution of class certification. The parties and Mr. Herman agreed to hold the next ADR teleconference on January 17, 2009.

DATED: August 18, 2008

| BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| /s/<br>Andrew S. Friedman<br>(to be admitted *pro hac vice*)<br>Wendy J. Harrison (CA SBN 151090)<br>2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012<br>Telephone: 602-274-1100<br>Facsimile: 602-274-1199 | /s/<br>Raoul D. Kennedy (CA SBN 40892)<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 93111-3133<br>Telephone: (415) 984-6400<br>Facsimile: 415-984-2698<br>Of Counsel: |
| CHAVEZ & GERTLER, L.L.P.<br>Mark A. Chavez (CA SBN 90858)<br>Nance F. Becker (CA SBN 99292)<br>Dan Gildor (CA SBN 99292)<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Telephone: 415-381-5599<br>Facsimile: 415-381-5572 | Andrew L. Sandler (admitted *pro hac vice*)<br>Anand S. Raman (admitted *pro hac vice*)<br>Caitlin M. Kasmar (admitted *pro hac vice*)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-371-7000<br>Facsimile: 202-393-5760<br><br>Attorneys for Defendants |
| RODDY KLEIN & RYAN<br>Gary Klein (admitted *pro hac vice*)<br>Shennan Kavanagh<br>727 Atlantic Avenue<br>Boston, MA 02111-2810<br>Telephone: 617-357-5500, ext. 15<br>Facsimile: 617-357-5030 | |
| MILLER LAW LLC<br>Marvin A. Miller<br>(to be admitted *pro hac vice*)<br>Lori A. Fanning<br>(to be admitted *pro hac vice*)<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Telephone: (312) 332-3400 | |

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol
(to be admitted *pro hac vice*)
One Main Street, 4th Floor
Boston, MA 02142
Telephone: (617) 475-1950
Facsimile: (617) 482-3003

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman
(to be admitted *pro hac vice*)
Charles Delbaum
(to be admitted *pro hac vice*)
77 Summer Street, 10th Flr.
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile: (617) 545-8028

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301
Telephone: 619-231-1058
Facsimile: 619-231-7423

Attorneys for Plaintiffs

I certify that Anand S. Raman has authorized me to sign this Subsequent Joint Case Management Conference Statement on his behalf.

Mark A. Chavez