1  BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.
   Andrew S. Friedman (Admitted *pro hac vice*)
2  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
3  Phoenix, Arizona 85012
   Telephone: 602-274-1100
4  Facsimile: 602-274-1199
   afriedman@bffb.com
5

6  RODDY KLEIN & RYAN
   Gary Klein (To be admitted Pro Hac Vice)
7  Shennan Kavanagh (To be admitted Pro Hac Vice)
   727 Atlantic Avenue
8  Boston, MA 02111-2810
   Tel:    (617) 357-5500, ext. 15
9  Fax:    (617) 357-5030

10 CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (CA SBN 90858)
11 42 Miller Avenue
   Mill Valley, California 94941
12 Telephone: (415) 381-5599
   Facsimile: (415) 381-5572
13 E-mail:   mark@chavezgertler.com

14 Attorneys for Plaintiffs
   and the Proposed Class
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | No. C 08-00369 TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Date:      August 25, 2008<br>Time:      1:30 p.m.<br>Courtroom: 12, 19th Floor |

1      Lead Counsel for the plaintiffs in this matter are located in Boston, Massachusetts and
2  Phoenix, Arizona. Defendant's primary counsel is located in Washington, D.C. Counsel have
3  conferred and agree that the August 25, 2008 Case Management Conference in this matter could
4  be conducted efficiently via telephone. Accordingly, the parties stipulate, through their
5  respective counsel, that all counsel participating in the August 25, 2008 Case Management
6  Conference shall appear by telephone.

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.<br><br>RODDY KLEIN & RYAN<br><br>CHAVEZ & GERTLER LLP<br><br>By: __/s/_____<br>        Mark A. Chavez | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: __/s/_____<br><br>Raoul D. Kennedy (CA SBN 40892)<br>Joren S. Bass (CA SBN 208143)<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 93111-3133<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698<br><br>Of Counsel:<br><br>Andrew L. Sandler (admitted *pro hac vice*)<br>Anand S. Raman (admitted *pro hac vice*)<br>Caitlin M. Kasmar (admitted *pro hac vice*)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-371-7000<br>Facsimile: 202-393-5760 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated August 18, 2008 | Dated August 18, 2008 |

    I certify that Anand S. Raman has authorized me to sign this Stipulation on his behalf.

                                                                           Mark A. Chavez

**ORDER**

The Court, having considered the Stipulation of the parties and good cause appearing, it is so ORDERED.

Dated: August __, 2008

_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE