BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.
Andrew S. Friedman (Admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100
Facsimile: 602-274-1199
afriedman@bffb.com

RODDY KLEIN & RYAN
Gary Klein (To be admitted Pro Hac Vice)
Shennan Kavanagh (To be admitted Pro Hac Vice)
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:      (617) 357-5500, ext. 15
Fax:     (617) 357-5030

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile:  (415) 381-5572
E-mail:   mark@chavezgertler.com

Attorneys for Plaintiffs
and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | No. C 08-00369 TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Date:         August 25, 2008<br>Time:        ~~1:30 p.m.~~ 1:50 PM<br>Courtroom:  12, 19th Floor |

STIPULATION AND PROPOSED ORDER AUTHORIZING TELEPHONIC CMC     Case No. C08-00369 TEH


Lead Counsel for the plaintiffs in this matter are located in Boston, Massachusetts and Phoenix, Arizona. Defendant's primary counsel is located in Washington, D.C. Counsel have conferred and agree that the August 25, 2008 Case Management Conference in this matter could be conducted efficiently via telephone. Accordingly, the parties stipulate, through their respective counsel, that all counsel participating in the August 25, 2008 Case Management Conference shall appear by telephone.

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.<br>RODDY KLEIN & RYAN<br>CHAVEZ & GERTLER LLP<br><br>By: /s/<br>    Mark A. Chavez | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By: /s/<br><br>Raoul D. Kennedy (CA SBN 40892)<br>Joren S. Bass (CA SBN 208143)<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 93111-3133<br>Telephone: (415) 984-6400<br>Facsimile: (415) 984-2698<br><br>Of Counsel:<br><br>Andrew L. Sandler (admitted *pro hac vice*)<br>Anand S. Raman (admitted *pro hac vice*)<br>Caitlin M. Kasmar (admitted *pro hac vice*)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-371-7000<br>Facsimile: 202-393-5760 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated August 18, 2008 | Dated August 18, 2008 |

I certify that Anand S. Raman has authorized me to sign this Stipulation on his behalf.

_____
Mark A. Chavez

**ORDER**

The Court, having considered the Stipulation of the parties and good cause appearing, it is so ORDERED.

Dated: August 19, 2008



_____
Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE