UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**: August 25, 2008

**Case No:** C 08-00369 TEH

**Case Title**:  ANA RAMIREZ, et al.  v. GREENPOINT MORTGAGE FUNDING INC.

**Appearances:**

    For Plaintiff(s): Mark Chavez, Gary Klein

    For Defendant(s): Raoul Kennedy, Anand Raman, Caitlin Kasmar

**Deputy Clerk**:  Rowena B. Espinosa     **Court Reporter**: not reported

## *PROCEEDINGS*

1.  Telephonic Case Management Conference - held

MOTION/MATTER:  ( ) Granted
                   ( ) Denied
                   ( ) Granted in part/Denied in part
                   ( ) Taken under submission
                   ( ) Withdrawn/Off Calendar
                   (X) Continued to: **Monday, 12/08/08 at 1:30 PM for Further CMC**

## *SUMMARY*

- Parties are engaged in discovery.
- Parties shall file a joint CMC statement 7 days prior.