RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: rkennedy@skadden.com

ANDREW L. SANDLER (admitted *pro hac vice*)
ANAND S. RAMAN (admitted *pro hac vice*)
CAITLIN M. KASMAR (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: asandler@skadden.com, araman@skadden.com, ckasmar@skadden.com

Counsel for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREENPOINT MORTGAGE FUNDING, INC., <br><br> Defendant. | CASE NO.: 3:08-cv-00369-TEH <br><br> <u>CLASS ACTION</u> <br><br> **GREENPOINT MORTGAGE FUNDING INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") states that GreenPoint is a wholly-owned subsidiary of Headlands Mortgage Company. Headlands Mortgage Company is a subsidiary of Capital One Financial Corporation.

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for GreenPoint certifies that the following entities have a financial interest or other interest that could be substantially affected by the outcome of this litigation:

Headlands Mortgage Company
Capital One, N.A.
Capital One Financial Corporation

DATED: December 1, 2008           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By: /s/ Anand Raman
                                         ANAND S. RAMAN
                                       Attorneys for Defendant
                                  GREENPOINT MORTGAGE FUNDING, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS