1  BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.
   Andrew S. Friedman (Admitted *pro hac vice*)
2  Wendy J. Harrison (CA SBN 151090)
   2901 North Central Avenue, Suite 1000
3  Phoenix, Arizona 85012
   Telephone:  602-274-1100
4  Facsimile:  602-274-1199
   afriedman@bffb.com
5

6  RODDY KLEIN & RYAN
   Gary Klein (To be admitted Pro Hac Vice)
7  Shennan Kavanagh (To be admitted Pro Hac Vice)
   727 Atlantic Avenue
8  Boston, MA  02111-2810
   Tel:       (617) 357-5500, ext. 15
9  Fax:       (617) 357-5030

10 CHAVEZ & GERTLER, L.L.P.
   Mark A. Chavez (CA SBN 90858)
11 42 Miller Avenue
   Mill Valley, California 94941
12 Telephone:  (415) 381-5599
   Facsimile:  (415) 381-5572
13 E-mail:     mark@chavezgertler.com

14 Attorneys for Plaintiffs
   and the Proposed Class
15

                UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                    SAN FRANCISCO DIVISION
18

19 ANA RAMIREZ and ISMAEL RAMIREZ, on ) No. C 08-00369 TEH
   behalf of themselves and all others similarly )
20 situated,                                      ) **CLASS ACTION**
                                                  )
21                                                ) **STIPULATION AND [PROPOSED] ORDER**
                       Plaintiffs,                ) **AUTHORIZING TELEPHONIC CASE**
22                                                ) **MANAGEMENT CONFERENCE**
                                                  )
23          vs.                                   )
                                                  ) Date:       December 8, 2008
24                                                ) Time:       1:30 p.m.
   GREENPOINT MORTGAGE FUNDING,                   ) Courtroom:  12, 19th Floor
25 INC.,                                          )
                                                  )
26                                                )
                       Defendant.                 )
27                                                )
                                                  )
28 _____)

Lead Counsel for the plaintiffs in this matter are located in Boston, Massachusetts and Phoenix, Arizona. Defendant's primary counsel is located in Washington, D.C. Counsel have conferred and agree that the December 8, 2008 Case Management Conference in this matter could be conducted efficiently via telephone. Accordingly, the parties stipulate, through their respective counsel, that all counsel participating in the December 8, 2008 Case Management Conference shall appear by telephone.

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| RODDY KLEIN & RYAN | |
| CHAVEZ & GERTLER LLP | By: __/s/_____ |
| | Raoul D. Kennedy (CA SBN 40892) |
| By: __/s/_____ | Joren S. Bass (CA SBN 208143) |
| Mark A. Chavez | Four Embarcadero Center, Suite 3800 |
| | San Francisco, California 93111-3133 |
| | Telephone: (415) 984-6400 |
| | Facsimile: (415) 984-2698 |
| | Of Counsel: |
| | Andrew L. Sandler (admitted *pro hac vice*) |
| | Anand S. Raman (admitted *pro hac vice*) |
| | Caitlin M. Kasmar (admitted *pro hac vice*) |
| | 1440 New York Avenue, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: 202-371-7000 |
| | Facsimile: 202-393-5760 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Dated: December 3, 2008 | Dated: December 3, 2008 |

I certify that Anand S. Raman has authorized me to sign this Stipulation on his behalf.

Mark A. Chavez

## ORDER

The Court, having considered the Stipulation of the parties and good cause appearing, it is so ORDERED.

Dated: December 4, 2008



Honorable Thelton E. Henderson
UNITED STATES DISTRICT JUDGE