**CHAMBERS COPY-DO NOT FILE**

| | |
|---|---|
| 1 | MARK L. HOGGE (*Pro Hac Vice*) |
|   | hoggem@gtlaw.com |
| 2 | SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*) |
|   | maheshwaris@gtlaw.com |
| 3 | GREENBERG TRAURIG, LLP |
|   | 2101 L Street, N.W., Suite 1000 |
| 4 | Washington, D.C. 20037 |
|   | Telephone: (202) 331-3100 |
| 5 | Facsimile: (202) 331-3101 |
| 6 | J. JAMES LI (SBN 202855) |
|   | lij@gtlaw.com |
| 7 | DAVID PEREZ (SBN 238136) |
|   | perezdj@gtlaw.com |
| 8 | GREENBERG TRAURIG, LLP |
|   | 1900 University Avenue, Fifth Floor |
| 9 | East Palo Alto, California 94303 |
|   | Telephone: (650) 328-8500 |
| 10 | Facsimile: (650) 328-8508 |
| 11 | Attorneys for Defendant, |
|   | ATRUA TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation, | Case No. C08-01423 PJH (WDB) |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT ATRUA TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5(d) |
| vs. | |
| ATRUA TECHNOLOGIES, INC., a California Corporation | |
| Defendant(s). | |
| ATRUA TECHNOLOGIES, INC., a California Corporation | |
| Counterclaimant | |
| vs. | |
| AUTHENTEC, INC., a Delaware Corporation, | |
| Counterdefendants. | |

Case No. C08-01423 PJH (WDB)

[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT ATRUA TECHNOLOGIES, INC.'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5(d)

371788250v1

1  Upon consideration of all papers filed and all arguments presented with respect to Defendant and Counterclaimant Atrua Technologies, Inc.'s ("Atrua") Administrative Motion to File Under Seal, Pursuant to Civil L.R. 79-5(d), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Administrative Motion to File Under Seal, Pursuant to Civil Local Rule 79-5(d) is <u>conditionally</u> GRANTED;

2. Exhibits B to the Perez Decl. shall be filed <u>conditionally</u> under seal; and

3. Pursuant to Civil L.R. 79-5(d), AuthenTec is hereby ordered, by February 27, 2009, to file with the Court and serve a declaration establishing that Exhibit B is sealable, and lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If AuthenTec does not file the responsive declaration, Exhibit B will be made part of the public record.

**IT IS SO ORDERED.**

DATED: 2/24, 2009

_____
MAGISTRATE JUDGE BRAZIL