1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  Andrew S. Friedman (admitted *pro hac vice*)
   Wendy J. Harrison (CA SBN 151090)
3  2901 North Central Avenue, Suite 1000          **CHAMBER'S COPY**
   Phoenix, Arizona 85012
4  Tel:  (602) 274-1100
   Fax: (602) 274-1199
5  E-mail: afriedman@bffb.com
6          wharrison@bffb.com

7  RODDY KLEIN & RYAN
8  Gary Klein (admitted *pro hac vice*)
   Shennan Kavanagh
9  727 Atlantic Avenue
   Boston, MA 02111-02810
10 Telephone:  617-357-5500, ext. 15
   Facsimile:  617-357-5030
11 E-mail:  klein@roddykleinryan.com
12         kavanagh@roddykleinryan.com

13 *Co-Lead Interim Class Counsel*
   *[Additional counsel appear on signature page.]*
14
                UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION
16

17 ANA RAMIREZ, ISMAEL RAMIREZ and    )  Case No. 08-cv-00369-THE (WDB)
   JORGE SALAZAR, on behalf of themselves )
18 and all others similarly situated,       )  CLASS ACTION
                                            )
19            Plaintiffs,                    )  [PROPOSED] ORDER GRANTING
                                            )  ADMINISTRATIVE MOTION RE:
20    vs.                                    )  SEALING ORDER (Civil L.R. 79-5)
                                            )
21 GREENPOINT MORTGAGE FUNDING,             )
   INC.                                      )
22                                           )
              Defendant.                     )
23                                           )
                                            )
24                                           )
                                            )
25                                           )
                                            )
26                                           )
                                            )
27                                           )
28
                              Order re Administrative Motion Re: Sealing Order
                                         08-cv-00369 TEH (WDB)

1    The Court has reviewed and considered Plaintiffs' Administrative Motion Re: Sealing Order

2  (Civil L.R. 79-5) and the Declaration of Andrew S. Friedman filed in support thereof.   Good cause

3  appearing, the Court hereby ORDERS as follows: Plaintiffs' request for permission to file portions

4  of their Reply in Support of Plaintiffs' Motion To Compel Defendant to Produce Documents and

5  Memorandum of Points And Authorities in Support Thereof and the Declaration of Andrew S.

6  Friedman in Support of Reply in Support of Plaintiffs' Motion to Compel Defendant to Produce

7  Documents including Exhibits 2 and 3 under seal is granted.

8
DATED: _2/24/09_                    _Wayne Brazil_

9                                    Hon. ~~Thelton E. Henderson~~
                                    United States District Court Judge
10                                   Magistrate

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   Order re Administrative Motion Re: Sealing Order
                                   08-cv-00369 TEH (WDB)