# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GREENPOINT MORTGAGE FUNDING, INC., <br><br> Defendant. | CASE NO. 3:08-cv-00369-TEH (WDB) <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER DIRECTING CLERK TO FILE GREENPOINT MORTGAGE FUNDING, INC.'S SURREPLY TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS <br><br> Magistrate Judge: Honorable Wayne D. Brazil |

## PROPOSED ORDER

The Clerk of this Court is hereby directed to enter onto the docket Defendant GreenPoint Mortgage Funding, Inc.'s Surreply to Plaintiffs' Motion to Compel Defendant to Produce Documents.

IT IS SO ORDERED.

DATED: 2/25/09

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

Respectfully Submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP


By: _____/s/ Raoul D. Kennedy_____
             Raoul D. Kennedy

Attorneys for DEFENDANT
GREENPOINT MORTGAGE FUNDING, INC.

-1-

[PROPOSED] ORDER                                                    CASE NO. 3:08-cv-00369-TEH