Clerk's Use Only

Initial for fee pd.:

1  AMANDA M. RAINES
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  1440 New York Avenue, N.W.
   Washington, D.C. 20005-2111
3  Telephone:  (202) 371-7000
   Facsimile:  (202) 393-5760
4

FILED

09 APR -3 PM 2:45

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8  ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE           CASE NO. 08-CV-00369-TEH
   SALAZAR, on behalf of themselves and all others similarly
9  situated,
                                                    APPLICATION FOR
10                 Plaintiff(s),                    ADMISSION OF ATTORNEY
                                                    *PRO HAC VICE*
11         v.

12  GREENPOINT MORTGAGE FUNDING, INC.,

13                 Defendant(s).
                                            /
14

15         Pursuant to Civil L.R. 11-3, Amanda M. Raines, an active member in good standing of the bars of

16  New York and the District of Columbia, and admitted to the United States District Courts for the Southern

17  District of New York and the Eastern District of New York, as well as the United States Court of Appeals

18  for the Fourth Circuit, and the United States Supreme Court, hereby applies for admission to practice in the

19  United States District Court for the Northern District of California on a *pro hac vice* basis representing

20  GreenPoint Mortgage Funding, Inc. in the above-entitled action.

21         In support of this application, I certify on oath that:

22      1. I am an active member in good standing of a United States Court or of the highest court

23         of another State or the District of Columbia, as indicated above;

24      2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4,

25         to comply with General Order No. 45, Electronic Case Filing, and to become familiar with

26         the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

27      3. An attorney who is a member of the bar of this Court in good standing and who maintains

28         an office within the State of California has been designated as co-counsel in the

ORIGINAL

above-entitled action. The name, address and telephone number of that attorney is:

Raoul D. Kennedy
Skadden, Arps, Slate, Meagher & Flom LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/2/09

Amanda M. Raines