RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: Raoul.Kennedy@skadden.com

ANAND S. RAMAN (admitted *pro hac vice*)
AMANDA M. RAINES (*pro hac vice* pending)
COLIN D. FORBES (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
(202) 393-5760 (fax)
anand.raman @skadden.com; amanda.raines@skadden.com; colin.forbes@skadden.com

ANDREW L. SANDLER (admitted *pro hac vice*)
CAITLIN M. KASMAR (admitted *pro hac vice*)
BUCKLEYSANDLER LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 349-8000
(202) 349-8080 (fax)
asandler@buckleysandler.com; ckasmar@buckleysandler.com

Counsel for Defendant
GreenPoint Mortgage Funding, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO. 08-CV-00369-THE<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER<br><br>Judge:  Honorable Thelton E. Henderson |

**[PROPOSED] ORDER**

Pursuant to the application for withdrawal of Andrew L. Sandler and Caitlin M. Kasmar, of the law firm BuckleySandler, and substitution of Amanda M. Raines and Colin D. Forbes, of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, as counsel for Defendant in this action,

IT IS HEREBY ORDERED THAT:

1. The application for withdrawal of Andrew L. Sandler and Caitlin M. Kasmar, of the law firm BuckleySandler, as counsel of record for Defendant is GRANTED.

2. Attorneys Amanda M. Raines and Colin D. Forbes, of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, are hereby substituted as counsel of record for Defendant for all purposes.

DATED: 04/06/09

Hon. Thelton E. Henderson
UNITED STATES DISTRICT COURT JUDGE

*Judge Thelton E. Henderson*

- 1 -

[PROPOSED] ORDER                              CASE NO. 08-CV-00369-TEH