```
1  RAOUL D. KENNEDY (Bar No. 40892)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2  Four Embarcadero Center, Suite 3800
   San Francisco, California 94111-4144
3  Telephone: (415) 984-6400
   Facsimile:  (415) 984-2698
4  Email: Raoul.Kennedy@skadden.com

5  ANAND S. RAMAN (admitted *pro hac vice*)
   AMANDA M. RAINES (admitted *pro hac vice*)
6  COLIN D. FORBES (admitted *pro hac vice*)
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
7  1440 New York Avenue N.W.
   Washington, D.C. 20005-2111
8  Telephone: (202) 371-7000
   Facsimile:  (202) 393-5760
9  Email: Anand.Raman@skadden.com

10 Counsel for Defendant
   GREENPOINT MORTGAGE FUNDING, INC.
11
   *[Additional counsel appear on signature page.]*
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>    Defendant. | CASE NO.: 3:08-cv-00369-TEH (WDB)<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINE**<br><br>Judge: Honorable Thelton E. Henderson<br><br>Expedited Treatment Requested |

---

Joint Stipulation and [Proposed] Order for Extension of Class Certification Deadline

1   Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Ana Ramirez, Ismael Ramirez, and
2   Jorge Salazar and defendant GreenPoint Mortgage Funding, Inc. (collectively, the "Parties")
3   hereby respectfully request that this Court extend Plaintiffs' deadline to file their class certification
4   motion for 60 days until September 18, 2009.

5   In support of this Motion, the Parties represent that they have agreed to pursue the possible
6   settlement of this matter with the assistance of a mediator and that they are in the process of
7   scheduling a mediation session to be held in August 2009.  A brief extension of time for the filing
8   of Plaintiffs' class certification motion is in the interests of the efficient administration of justice as
9   it may avoid unnecessary costs of litigation and burdens on the Court, and will permit the Parties to
10  focus their efforts on seeking a potential resolution of this matter.

11  The Parties seek expedited treatment of this motion in order to avoid additional time and
12  costs associated with meeting the current deadline for the motion for class certification including,
13  without limitation, substantial expert costs.

14  DATED:  July 8, 2009

15                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

16                                      /s/ Raoul D. Kennedy

17                                      Raoul D. Kennedy (CA SBN 40892)
18                                      Four Embarcadero Center, Suite 3800
                                        San Francisco, California 93111-3133
19                                      Telephone:  (415) 984-6400
20                                      Facsimile: 415-984-2698

21                                      Anand S. Raman (admitted *pro hac vice*)
                                        Amanda M. Raines (admitted *pro hac vice*)
22                                      Colin D. Forbes (admitted *pro hac vice*)
23                                      1440 New York Avenue, N.W.
                                        Washington, D.C. 20005
24                                      Telephone: 202-371-7000
                                        Facsimile: 202-393-5760
25
                                        Attorneys for Defendant
26
    DATED:  July 8, 2009
27                                      BONNETT, FAIRBOURN, FRIEDMAN,
                                        & BALINT, P.C.
28

---

1

Joint Stipulation and [Proposed] Order for Extension of Class Certification Deadline

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | /s/ Gary Klein                                                  |
|    | Andrew S. Friedman (to be admitted *pro hac vice*)              |
| 2  | Wendy J. Harrison (CA SBN 151090)                               |
|    | 2901 North Central Avenue, Suite 1000                           |
| 3  | Phoenix, Arizona 85012                                          |
| 4  | Telephone:  602-274-1100                                        |
| 5  | Gary Klein (admitted *pro hac vice*)                            |
|    | Shennan Kavanagh                                                |
| 6  | RODDY KLEIN & RYAN                                              |
| 7  | 727 Atlantic Avenue                                             |
|    | Boston, MA 02111-2810                                           |
| 8  | Telephone:  617-357-5500, ext. 15                               |
| 9  | CHAVEZ & GERTLER, L.L.P.                                        |
|    | Mark A. Chavez (CA SBN 90858)                                   |
| 10 | Nance F. Becker (CA SBN 99292)                                  |
| 11 | Dan Gildor  (CA SBN 99292)                                      |
|    | 42 Miller Avenue                                                |
| 12 | Mill Valley, California 94941                                   |
| 13 | Telephone:  415-381-5599                                        |
| 14 | MILLER LAW LLC                                                  |
|    | Marvin A. Miller (to be admitted *pro hac vice*)                |
| 15 | Lori A. Fanning (to be admitted *pro hac vice*)                 |
|    | 115 South LaSalle Street, Suite 2910                            |
| 16 | Chicago, IL 60603                                               |
| 17 | Telephone:  (312) 332-3400                                      |
| 18 | NATIONAL CONSUMER LAW CENTER                                    |
|    | Stuart T. Rossman (to be admitted *pro hac vice*)               |
| 19 | Charles Delbaum (to be admitted *pro hac vice*)                 |
|    | 7 Winthrop Sq., 4th Fl.                                         |
| 20 | Boston, MA 02110                                                |
| 21 | Telephone: (617) 542-8010                                       |
| 22 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP                      |
| 23 | John J. Stoia, Jr. (CA SBN 141757)                              |
|    | Theodore J. Pintar (CA SBN 131372)                              |
| 24 | Leslie E. Hurst (CA SBN 178432)                                 |
| 25 | 655 West Broadway                                               |
|    | San Diego, CA 92101-3301                                        |
| 26 | Telephone:  619-231-1058                                        |
| 27 | Attorneys for Plaintiffs                                        |
| 28 |                                                                 |

## [~~PROPOSED~~] ORDER

Upon stipulation of the Parties, and good cause appearing, plaintiffs Ana Ramirez, Ismael Ramirez, and Jorge Salazar shall have through and including September 18, 2009 to file their class certification motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____07/09_____, 2009          _____
                                      The Honorable Thelton E. Henderson
                                      United States District Court Judge

**SIGNATURE ATTESTATION**

I, Raoul Kennedy, am the ECF User whose ID and password and being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINE.  In compliance with General Order 45, X.B., I hereby attest that Gary Klein has concurred in this filing.

DATED:  July 8, 2009                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                             By:            /s/ Raoul D. Kennedy
                                                        RAOUL D. KENNEDY
                                                        Attorneys for Defendant
                                                GREENPOINT MORTGAGE FUNDING, INC.