BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (to be admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
        wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone:  617-357-5500, ext. 15
Facsimile:  617-357-5030
E-mail:  klein@roddykleinryan.com
         kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*
 *[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ AND JORGE SALAZAR, on behalf of themselves and all others similarly situated, | Case No. 08-cv-00369-TEH |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **SEVENTH SUBSEQUENT JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| GREENPOINT MORTGAGE FUNDING, INC. | Judge:  Honorable Thelton E. Henderson |
| Defendant. | Date:     November 16, 2009<br>Time:     1:30 PM<br>Location:  Ctrm. 12, 19th Floor<br>              (Telephonic) |

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, and Civil Local Rule 16-10(d), plaintiffs Ana Ramirez, Ismael Ramirez and Jorge Salazar ("Plaintiffs"), along with defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") hereby submit the following Seventh Subsequent Joint Case Management Statement. This statement briefly supplements the Joint Rule 26(f) Report and Case Management Conference Statement filed on April 28, 2008, the Subsequent Joint Case Management Statement filed on August 18, 2008, the Second Subsequent Joint Case Management Statement filed on December 1, 2008, the Third Subsequent Joint Case Management Statement filed on January 29, 2009, the Fourth Subsequent Joint Case Management Statement filed on April 6, 2009, the Fifth Subsequent Joint Case Management Statement filed on May 26, 2009 and the Sixth Subsequent Joint Case Management Statement filed on September 4, 2009.

**Mediation/Settlement**

As stated in the parties' Sixth Subsequent Case Management Statement, the parties reached an agreement in principle regarding a resolution of this matter and were still negotiating the remaining terms of a settlement. A proposed settlement agreement has been drafted and should be finalized shortly. The parties intend to request a preliminary approval hearing in December, 2009 or as soon thereafter as possible.

DATED: November 9, 2009

BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.

/s/ Wendy J. Harrison
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602-274-1100
Facsimile: 602-274-1199

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617-357-5500, ext. 15

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor  (CA SBN 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: 415-381-5599

MILLER LAW LLC
Marvin A. Miller (to be admitted *pro hac vice*)
Lori A. Fanning (admitted *pro hac vice*)
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman (to be admitted *pro hac vice*)
Charles Delbaum (to be admitted *pro hac vice*)
7 Winthrop Square, 4th Floor
Boston, MA 02110-1245
Telephone: (617) 542-8010

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301
Telephone:  619-231-1058

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
Joseph H. Meltzer (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)
Edward W. Ciolko (admitted *pro hac vice*)
Joseph A. Weeden (admitted *pro hac vice*)
Peter A. Muhic (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone:  610-667-7706

*Attorneys for Plaintiffs*

DATED: November 9, 2009.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Anand S. Raman
Anand S. Raman (admitted *pro hac vice*)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: 202-371-7000
Facsimile: 202-393-5760

Seventh Subsequent Joint Case Management Conference Statement
08-cv-00369-TEH (WDB)

4

Raoul D. Kennedy (CA SBN 40892)
Four Embarcadero Center, Suite 3800
San Francisco, California 93111-3133
Telephone:  (415) 984-6400
Facsimile: 415-984-2698

*Attorneys for Defendant*

Seventh Subsequent Joint Case Management Conference Statement
08-cv-00369-TEH (WDB)