BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel: (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
          wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-2810
Telephone: 617-357-5500, ext. 15
Facsimile: 617-357-5030
E-mail: klein@roddykleinryan.com
          kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ AND JORGE SALAZAR, on behalf of themselves and all others similarly situated, | Case No. 08-cv-00369-TEH |
| Plaintiffs, | CLASS ACTION |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE DECEMBER 21, 2009 CASE MANAGEMENT CONFERENCE** |
| GREENPOINT MORTGAGE FUNDING, INC. | Judge: Honorable Thelton E. Henderson |
| Defendant. | |

On November 10, 2009 the Court rescheduled the Further Case Management Conference to December 21, 2009. [Docket No. 141]

On December 4, 2009 Plaintiffs filed an Unopposed Motion for Preliminary Approval of Class Action Settlement. [Docket No. 142] The motion hearing is set for January 11, 2010 at 10:00 a.m.

The parties therefore stipulate that the December 21, 2009 Case Management Conference is unnecessary and jointly request that the December 21, 2009 Case Management Conference be vacated and rescheduled to Monday, March 1, 2010 at 1:30 p.m.

DATED:  December 10, 2009

         RODDY KLEIN & RYAN

         /s/ Gary Klein
         Gary Klein (admitted *pro hac vice*)
         Shennan Kavanagh
         727 Atlantic Avenue
         Boston, MA 02111-2810
         Telephone:  617-357-5500, ext. 15
         Facsimile:  617-357-5030

         Andrew S. Friedman (admitted *pro hac vice*)
         Wendy J. Harrison (CA SBN 151090)
         BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C.
         2901 North Central Avenue, Suite 1000
         Phoenix, Arizona 85012
         Telephone:  602-274-1100
         Facsimile:  602-274-1199

         CHAVEZ & GERTLER, L.L.P.
         Mark A. Chavez (CA SBN 90858)
         Nance F. Becker (CA SBN 99292)

Dan Gildor  (CA SBN 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  415-381-5599
Facsimile:  415-381-5572

MILLER LAW LLC
Marvin A. Miller (to be admitted *pro hac vice*)
Lori A. Fanning (admitted *pro hac vice*)
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:  (312) 332-3400

NATIONAL CONSUMER LAW CENTER
Stuart T. Rossman (to be admitted *pro hac vice*)
Charles Delbaum (to be admitted *pro hac vice*)
77 Summer Street, 10th Flr.
Boston, MA 02141
Telephone: (617) 542-8010
Facsimile:  (617) 545-8028

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
John J. Stoia, Jr. (CA SBN 141757)
Theodore J. Pintar (CA SBN 131372)
Leslie E. Hurst (CA SBN 178432)
655 West Broadway
San Diego, CA 92101-3301
Telephone:  619-231-1058
Facsimile: 619-231-7423

BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
Joseph H. Meltzer (admitted *pro hac vice*)
Donna Siegel Moffa (admitted *pro hac vice*)
Edward W. Ciolko (admitted *pro hac vice*)
Joseph A. Weeden (admitted *pro hac vice*)
Peter A. Muhic (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone:  610-667-7706
Facsimile:  610-667-7056

*Attorneys for Plaintiffs*

Stipulation to Vacate Hearing
08-cv-00369-TEH

3

DATED: December 10, 2009

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        /s/ Anand S. Raman
        Anand S. Raman (admitted *pro hac vice*)
        1440 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: 202-371-7000
        Facsimile: 202-393-5760

        Raoul D. Kennedy (CA SBN 40892)
        Four Embarcadero Center, Suite 3800
        San Francisco, California 93111-3133
        Telephone: (415) 984-6400
        Facsimile: 415-984-2698

        *Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I, Gary Klein, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on December 10, 2009.

        /s/ Gary Klein
        Gary Klein

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____12/10/09_____        _____
                                  Honorable Thelton E. Henderson

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

        Motion to Vacate Hearing
        08-cv-00369-TEH

4