IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, et al.,

                Plaintiffs,

    v.

GREENPOINT MORTGAGE FUNDING, INC.,

                Defendant.

NO. C08-0369 TEH

ORDER APPOINTING DISCOVERY MASTER

      At the January 11, 2010 hearing on Plaintiffs' motion for preliminary approval of class settlement, the Court continued the hearing for ninety days to allow the parties time to consider newly discovered information concerning possible insurance coverage. The Court also granted Plaintiffs' request to conduct additional discovery and referred any discovery disputes that may arise to a special master. With good cause appearing, IT IS HEREBY ORDERED that:

      1. Edward Swanson, Esq., of Swanson & McNamara, LLP, is appointed as Special Master to supervise and preside over all remaining discovery in this case.

          a. If necessary, the Special Master may attend all or portions of any remaining depositions, rule on all objections made by counsel during the depositions, rule on any instructions by counsel for the deponent not to answer a question, and order the deponent to respond to questions.

          b. The Special Master shall immediately notify this Court if, during a deposition in which he is in attendance, any counsel fails to comply or cooperate fully with any of the Special Master's rulings.

      2. The Special Master's hourly fee shall be $450.00. The Special Master shall, in his discretion, allocate and assess the payment of his fees among the parties. The parties

shall pay the Special Master's fees within ten calendar days of assessment, unless otherwise excused by the Special Master or this Court.

3. At his earliest convenience, the Special Master shall contact the parties to discuss the execution of his duties in connection with this order. If a dispute arises prior to the Special Master's initial contact, the parties may reach the Special Master's office by telephone at (415) 477-3800.

**IT IS SO ORDERED.**

Dated: 01/14/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT