BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (Admitted *Pro Hac Vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:      (602) 274-1100
Fax:     (602) 274-1199
E-mail:  afriedman@bffb.com
             wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (Admitted *Pro Hac Vice*)
Shennan Kavanagh (To be admitted *Pro Hac Vice*)
727 Atlantic Avenue
Boston, MA  02111-2810
Tel:      (617) 357-5500, ext. 15
Fax:     (617) 357-5030

[*Additional counsel listed on signature page*]

Attorneys for Plaintiffs
and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>  Defendant. | No.  C 08-00369 TEH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE STAY AND TO SET SCHEDULE FOR FURTHER PROCEEDINGS**<br><br>Date:   March 8, 2010<br>Time:  10:00 am<br>Court: Honorable Thelton E. Henderson<br>Dept:   Courtroom 12, 19th Floor |

---

Stipulation And [Proposed] Order To Vacate Stay And To Set Schedule For Further Proceedings
*Case No. C08-00369 TEH*

1  WHEREAS the parties have agreed not to seek approval of the Stipulation and
2  Agreement of Settlement previously lodged with the Court [Docket No. 143]; and
3  WHEREAS plaintiffs have filed an unopposed motion to withdraw from that
4  agreement;
5  WHEREAS the parties seek a schedule for proceedings on class certification and other
6  aspects of litigation of this matter;
7  It is hereby stipulated by plaintiffs Ana Ramirez, Ismael Ramirez, and
8  Jorge Salazar and defendant GreenPoint Mortgage Funding, Inc., through their respective
9  counsel, as follow:

10  1.  The stay of the litigation schedule entered on September 11, 2009 [Docket No.
11  139] shall be vacated.
12  2.  The Proposed Schedule For Further Proceedings attached hereto as Exhibit A
13  shall be adopted by the Court.

14  DATED: February 10, 2010                RODDY KLEIN & RYAN
15                                          CHAVEZ & GERTLER LLP
16                                          MILLER LAW LLC
17                                          NATIONAL CONSUMER LAW CENTER
18                                          BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
19
20                                          /s/ Gary Klein
21                                          Gary Klein
                                            *Attorneys for Plaintiffs*
22

23  DATED: February 10, 2010                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
24
25                                          /s/ Anand S. Raman
26                                          Anand S. Raman (admitted *pro hac vice*)
27                                          1440 New York Avenue, N.W.
                                            Washington, D.C. 20005
28                                          Telephone: 202-371-7000

-1-
Stipulation And [Proposed] Order To Vacate Stay And To Set Schedule For Further Proceedings
*Case No. C08-00369 TEH*

|   |   |
|---|---|
| 1 | Facsimile: 202-393-5760 |
| 2 | Raoul D. Kennedy (CA SBN 40892) |
| 3 | Four Embarcadero Center, Suite 3800<br>San Francisco, California 93111-3133 |
| 4 | Telephone:  (415) 984-6400<br>Facsimile: 415-984-2698 |
| 5 | *Attorneys for Defendant* |

*Additional counsel for plaintiffs:*

| | |
|---|---|
| MILLER LAW LLC<br>Marvin A. Miller<br>Lori A. Fanning (To be admitted *Pro Hac Vice*)<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603<br>Tel:    (312) 332-3400 | NATIONAL CONSUMER LAW CENTER<br>Stuart T. Rossman (To be admitted *Pro Hac Vice*)<br>Charles Delbaum (To be admitted *Pro Hac Vice*)<br>77 Summer Street, 10th Flr.<br>Boston, MA  02141<br>Tel:    (617) 542-8010<br>Fax:   (617) 542-8028 |

CHAVEZ & GERTLER LLP
Mark A. Chavez (CA SBN 90858)
Nance F. Becker (CA SBN 99292)
Dan Gildor (CA SBN 223027)
42 Miller Avenue
Mill Valley, California 94941
Tel:    (415) 381-5599
Fax:   (415) 381-5572


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: ___February 11___, 2010

_____
The Honorable Thelton E. Henderson
United States District Judge

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

-2-
Stipulation And [Proposed] Order To Vacate Stay And To Set Schedule For Further Proceedings
*Case No. C08-00369 TEH*

# EXHIBIT A

**EXHIBIT A – Proposed Schedule**

| Pretrial or Trial Event | Requested Deadline |
|---|---|
| Motion for Class Certification | March 1, 2010 |
| Response to Motion for Class Certification | April 15, 2010 |
| Plaintiffs' Reply on Motion for Class Certification | May 17, 2010 |
| | |
| Expert Discovery on Merits | Parties meet and confer following resolution of class certification motion |
| Last day for hand-serving motions and filings (other than Motions in Limine) | Parties meet and confer following resolution of class certification motion |
| Non-Expert Discovery Cut-Off Date | Parties meet and confer following resolution of class certification motion |
| Parties to meet and confer to prepare joint final pretrial conference statement and proposed order and coordinated submission of trial exhibits and other material | Parties meet and confer following resolution of class certification motion |
| Filing Joint Pretrial Conference Statement and Proposed Order | Parties meet and confer following resolution of class certification motion |
| Lodging exhibits and other trial materials | Parties meet and confer following resolution of class certification motion |
| Last day to serve and file briefs on disputed issues of law, including procedural and evidentiary issues | Parties meet and confer following resolution of class certification motion |
| Serve and file requested *voir dire*, jury instructions and forms of verdict | Parties meet and confer following resolution of class certification motion |
| Serve and file statements designating deposition excerpts, form interrogatory answers and responses to requests for admission to be offered at trial other than for impeachment or rebuttal | Parties meet and confer following resolution of class certification motion |
| Last day to meet and confer regarding objections to evidence | Parties meet and confer following resolution of class certification motion |
| Final Pretrial Conference and Hearing on Motions in Limine | Parties meet and confer following resolution of class certification motion |
| Trial Date | Parties meet and confer following resolution of class certification motion |