RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: Raoul.Kennedy@skadden.com

ANAND S. RAMAN (admitted *pro hac vice*)
AMANDA M. RAINES (admitted *pro hac vice*)
COLIN D. FORBES (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: Anand.Raman@skadden.com

Counsel for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ and ISMAEL RAMIREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | No.  C 08-00369 TEH<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINES**<br><br>Judge: Honorable Thelton E. Henderson<br><br>Expedited Treatment Requested |

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION
DEADLINES, *Case No. C08-00369TEH*

1    Pursuant to Civil Local Rules 6-2 and 7-12, Defendant GreenPoint Mortgage Funding,
2 Inc. and Plaintiffs Ana Ramirez, Ismael Ramirez, and Jorge Salazar (collectively, the "Parties")
3 hereby respectfully request that this Court extend the deadlines for the Parties to file their
4 respective class certification papers by fourteen days.  The current briefing schedule was set by
5 Court Order [Docket No. 155].
6    In support of this Motion, the Parties represent that they have been diligently working to
7 complete discovery relevant to class certification.  Depositions of the Plaintiffs are scheduled for
8 March 16, 2010, March 17, 2010, and March 23, 2010, which were the earliest dates the
9 Plaintiffs were available.
10   A brief extension of time for the filing of the Parties' class certification papers is
11 necessary in the interests of the efficient administration of justice, and to ensure a fair and
12 orderly completion of class discovery and sufficient time for briefing regarding class
13 certification.
14   A proposed Order is attached.

15 DATED: February 24, 2010                SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM LLP

17                                          */s/ Anand S. Raman*
                                           Anand S. Raman (admitted *pro hac vice*)
18                                         Amanda M. Raines (admitted *pro hac vice*)
                                           Colin D. Forbes (admitted *pro hac vice*)
19                                         1440 New York Avenue, N.W.
20                                         Washington, DC 20005
                                           Telephone: (202) 371-7000
21                                         Fax: (202) 393-5760

22                                         Raoul D. Kennedy (CA SBN 40892)
                                           Four Embarcadero Center, Suite 3800
23                                         San Francisco, California 93111-6400
                                           Telephone: (415) 984-6400
24                                         Fax: (415) 984-2698

25
                                           Attorneys for Defendant
26
27
28
-1-
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION
DEADLINES, *Case No. C08-00369TEH*

| | | |
|---|---|---|
| DATED: February 24, 2010 | | RODDY KLEIN & RYAN |
| | | CHAVEZ & GERTLER LLP |
| | | MILLER LAW LLC |
| | | NATIONAL CONSUMER LAW CENTER |
| | | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| | | |
| | |   */s/ Gary Klein*   |
| | | Gary Klein |
| | | Attorneys for Plaintiffs |

*Counsel for Plaintiffs:*

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>Andrew S. Friedman (admitted *pro hac vice*)<br>Wendy J. Harrison (CA SBN 151090)<br>2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012<br>Tel: (602) 274-1100<br>Fax: (602) 274-1199 | RODDY KLEIN & RYAN<br>Gary Klein (admitted *pro hac vice*)<br>Shennan Kavanagh<br>727 Atlantic Avenue<br>Boston, MA 02111-02810<br>Telephone: 617-357-5500, ext. 15<br>Facsimile: 617-357-5030 |
| MILLER LAW LLC<br>Marvin A. Miller<br>Lori A. Fanning (admitted *Pro Hac Vice*)<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: (312) 332-3400 | NATIONAL CONSUMER LAW CENTER<br>Stuart T. Rossman (To be admitted *Pro Hac Vice*)<br>Charles Delbaum (To be admitted *Pro Hac Vice*)<br>77 Summer Street, 10th Flr.<br>Boston, MA 02141<br>Tel: (617) 542-8010<br>Fax: (617) 542-8028 |
| CHAVEZ & GERTLER LLP<br>Mark A. Chavez (CA SBN 90858)<br>Nance F. Becker (CA SBN 99292)<br>Dan Gildor (CA SBN 223027)<br>42 Miller Avenue<br>Mill Valley, California 94941<br>Tel: (415) 381-5599<br>Fax: (415) 381-5572 | |

-2-

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINES, *Case No. C08-00369TEH*

1

# [~~PROPOSED~~] ORDER

2   Upon the stipulation of the Parties, and good cause appearing, the below schedule is

3 adopted by the Court:

| **Pretrial or Trial Event** | **Requested Deadline** |
|---|---|
| Motion for Class Certification | March 15, 2010 |
| Response to Motion for Class Certification | April 29, 2010 |
| Plaintiffs' Reply on Motion for Class Certification | May 31, 2010 |
| Expert Discovery on Merits | Parties meet and confer following resolution of class certification motion |
| Last day for hand-serving motions and filings (other than Motions in Limine) | Parties meet and confer following resolution of class certification motion |
| Non-Expert Discovery Cut-Off Date | Parties meet and confer following resolution of class certification motion |
| Parties to meet and confer to prepare joint final pretrial conference statement and proposed order and coordinated submission of trial exhibits and other material | Parties meet and confer following resolution of class certification motion |
| Filing Joint Pretrial Conference Statement and Proposed Order | Parties meet and confer following resolution of class certification motion |
| Lodging exhibits and other trial materials | Parties meet and confer following resolution of class certification motion |
| Last day to serve and file briefs on disputed issues of law, including procedural and evidentiary issues | Parties meet and confer following resolution of class certification motion |
| Serve and file requested *voir dire*, jury instructions and forms of verdict | Parties meet and confer following resolution of class certification motion |
| Serve and file statements designating deposition excerpts, form interrogatory answers and responses to requests for admission to be offered at trial other than for impeachment or rebuttal | Parties meet and confer following resolution of class certification motion |
| Last day to meet and confer regarding objections to evidence | Parties meet and confer following resolution of class certification motion |

-3-

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINES, *Case No. C08-00369TEH*

| **Pretrial or Trial Event** | **Requested Deadline** |
|---|---|
| Final Pretrial Conference and Hearing on Motions in Limine | Parties meet and confer following resolution of class certification motion |
| Trial Date | Parties meet and confer following resolution of class certification motion |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiffs' motion for class certification shall be heard on June 28, 2010, at 10:00 AM, unless otherwise ordered.

Dated:  02/25/10



_____
Hon. Thelton E. Henderson
United States District Court Judge

-4-
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF CLASS CERTIFICATION DEADLINES, *Case No. C08-00369TEH*