IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, et al.,

                Plaintiffs,

     v.

GREENPOINT MORTGAGE FUNDING, INC.,

                Defendant.

NO. C08-0369 TEH

ORDER RE: MOTIONS TO FILE UNDER SEAL

       Plaintiffs have filed two motions to seal portions of their class certification moving papers and state that they have done so because the papers reference documents designated as confidential by Defendant. However, the parties have failed to comply with Civil Local Rule 79-5(d). Pursuant to that rule, the Court could simply make the submitted documents part of the public record. However, out of an abundance of caution, the Court will grant Defendant until **March 29, 2010**, to file and serve "a declaration establishing that the designated information is sealable" along with "a narrowly tailored proposed sealing order," or else to "withdraw the designation of confidentiality." Civ. L.R. 79-5(d). The parties shall meet and confer and, assuming that Defendant does not intend to withdraw all related designations of confidentiality, Plaintiffs have until the same date to "lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order." *Id.*

**IT IS SO ORDERED.**

Dated: 03/23/10

                                              THELTON E. HENDERSON, JUDGE
                                              UNITED STATES DISTRICT COURT