RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: Raoul.Kennedy@skadden.com

ANAND S. RAMAN (admitted *pro hac vice*)
AMANDA M. RAINES (admitted *pro hac vice*)
DAVID W. FOSTER (admitted *pro hac vice*)
COLIN D. FORBES (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: Anand.Raman@skadden.com

Counsel for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>　　　　　　　　Defendant. | CASE NO.: 3:08-cv-00369-TEH (WDB)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTIONS RE: SEALING ORDER (Civil L.R. 79-5) |

　　　　The Court has reviewed and considered Plaintiffs' Administrative Motion Re: Sealing Order (Civil L.R. 79-5) (Docket Nos. 163 and 165), and the Declaration of Amanda M. Raines filed in support thereof.  Good cause appearing, the Court hereby ORDERS as follows:

1  permission to file the following designated portions of Exhibits A, B, and D to the Declaration of
2  Andrew S. Friedman in Support of Plaintiffs' Motion for Class Certification under seal is granted.
3          Exhibit A:  Deposition of Steve Abreu, page 122:7-125:2, 126:17-24, 127:18-130:3;
4          Exhibit B:  Deposition of Steven Gilchrist, page 131:16-132:17, 133:7-11; and
5          Exhibit D:  Deposition of Kevin Hughes, page 24:6-34:24, 199:7-13.

DATED: 03/31/10

_____
Hon. Thelton E. Henderson
United States District Court Judge

*Judge Thelton E. Henderson (signature and seal of United States District Court, Northern District of California)*