BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman (admitted *pro hac vice*)
Wendy J. Harrison (CA SBN 151090)
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Tel:  (602) 274-1100
Fax: (602) 274-1199
E-mail: afriedman@bffb.com
         wharrison@bffb.com

RODDY KLEIN & RYAN
Gary Klein (admitted *pro hac vice*)
Shennan Kavanagh
727 Atlantic Avenue
Boston, MA 02111-02810
Telephone:  617-357-5500, ext. 15
Facsimile:  617-357-5030
E-mail:  klein@roddykleinryan.com
         kavanagh@roddykleinryan.com

*Co-Lead Interim Class Counsel*
*[Additional counsel appear on signature page.]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ and JORGE SALAZAR, on behalf of themselves and all others similarly situated, | Case No. 08-cv-00369-TEH <br><br> CLASS ACTION |
| Plaintiffs, | Judge:  Honorable Thelton E. Henderson |
| vs. | [~~PROPOSED~~] **ORDER STAYING LITIGATION PENDING FINAL APPROVAL OF SETTLEMENT** |
| GREENPOINT MORTGAGE FUNDING, INC. | |
| Defendant. | |

Pursuant to Stipulation of the parties and good cause appearing therefor,

- 1 -

1    IT IS HEREBY ORDERED that this matter is stayed pending final approval of the terms
2 of the settlement or until any part of the Settlement Agreement referred to herein is not approved
3 and the parties cannot reach a new agreement with respect thereto.

DATED: __08/24/10__



Hon. Thelton E. Henderson
United States District Judge