RAOUL D. KENNEDY (Bar No. 40892)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email: rkennedy@skadden.com

ANAND S. RAMAN (admitted *pro hac vice*)
DAVID W. FOSTER (admitted *pro hac vice*)
COLIN D. FORBES (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005-2111
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email: araman@skadden.com, dfoster@skadden.com, cforbes@skadden.com

Counsel for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA RAMIREZ, ISMAEL RAMIREZ, and JORGE SALAZAR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.,<br><br>Defendant. | CASE NO.: 3:08-cv-00369-TEH<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: Honorable Thelton E. Henderson |

# [~~PROPOSED~~] ORDER

Pursuant to the application for withdrawal of Amanda M. Raines, who is no longer affiliated with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, as counsel of record for Defendant in this action,

IT IS HEREBY ORDERED THAT:

1. The application for withdrawal of Amanda M. Raines, who is no longer affiliated with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, as counsel for Defendant is GRANTED.

DATED: 09/14/10    _____
Hon. Thelton E. Henderson
United States District Judge

