IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ et al.,

                Plaintiffs,

     v.

GREENPOINT MORTGAGE FUNDING, INC.,

                Defendant.

NO. C08-00369 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court is in receipt of the parties' joint case management conference statement and request for continuance filed on October 8, 2010. The Court hereby CONTINUES the October 18, 2010 case management conference, which will be held telephonically on November 1, 2010, at 1:30 p.m. If the parties file a motion for preliminary approval of settlement before the November 1, 2010 case management conference, the conference will be VACATED.

**IT IS SO ORDERED.**

Dated: 10/8/10

                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT