IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANA RAMIREZ, et al.,

              Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

              Defendant.

NO. C08-0369 TEH

ORDER RE: MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

      This matter comes before the Court on Plaintiffs' unopposed motion for preliminary approval of the class action settlement agreement filed with the Court on October 29, 2010. The hearing is currently scheduled for December 13, 2010. Upon review of the proposed settlement and moving papers, the Court has two outstanding questions:

      1. It appears that the settlement agreement was "agreed to and accepted" only by Plaintiffs. Although all counsel, including counsel for Defendant, signed the agreement as "approved as to form and content," can an agreement that was not "agreed to and accepted" by Defendant's representative be enforced?

      2. Plaintiffs seek to have additional counsel appointed as class counsel. Where in the record is there evidence that these additional counsel satisfy the criteria of Federal Rule of Civil Procedure 23(g)?

      The parties shall file a joint response to these issues, including any new evidence that might be required to address the above questions, on or before **December 9, 2010, at 12:00 noon, Pacific time.** If the Court is satisfied with these responses, then the Court will

issue an order vacating the December 13, 2010 hearing and granting the motion for preliminary approval of the class settlement.

**IT IS SO ORDERED.**

Dated:  12/02/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT