FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANA RAMIREZ; et al., | No. 10-80155 |
| Plaintiffs - Respondents, | D.C. No. 3:08-cv-00369-THE Northern District of California, San Francisco |
| v. | |
| GREENPOINT MORTGAGE FUNDING, INC., | ORDER |
| Defendant - Petitioner. | |

Petitioner's unopposed motion to withdraw petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) is granted. The petition is withdrawn.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Kenneth Sogabe
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

KS/MOATT